IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

JULIET HOMES, L.P.,
    Debtor                                    Case No. 07-36424-H2-7

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned counsel is appearing on behalf of the following creditor in this bankruptcy proceeding:

**First Horizon Home Loan Corporation**

Therefore, in accordance with Bankruptcy Rule 2002, and other Bankruptcy and Local Rules as may be applicable, it is requested that the undersigned counsel be served with notice and copies of all pleadings filed in this proceeding.

Respectfully submitted,

Goodwin & Harrison, L.L.P.

/s/ Josh M. Harrison
Josh M. Harrison
State Bar No. 09116300
P.O. Box 8278
The Woodlands, Texas 77387-8278
(281) 363-3136
Fax: (281) 363-3215

Attorneys for First Horizon Home Loan Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the date that this pleading is filed, a true and correct copy of the above and foregoing document shall be served via electronic means, if available, otherwise by regular, first class mail, to:

Nathan Sommers Jacobs, Attorneys for Petitioning Creditors
2800 Post Oak Boulevard, 61st Floor
Houston, Texas 77056

Diane G. Livingstone
Office of U.S. Trustee
515 Rusk Avenue, Suite 3516
Houston, Texas 77002

Juliet Homes, L.P.
720 Rusk, 2nd Floor
Houston, Texas 77002
By Regular Mail

/s/ Josh M. Harrison
Josh M. Harrison