

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/05/2007

IN RE:

JULIET HOMES, L.P.,
    Debtor

Case No. 07-36424-H2-

Doc. #11

## ORDER GRANTING MOTION FOR RELIEF FROM STAY
(This Order Resolves Docket # 11)

On this day come on for consideration the Motion for Relief from the Automatic Stay ("Motion"), filed by First Horizon Home Loan Corporation ("Movant"), and the Court, having reviewed the Motion and any response thereto, heard the testimony of witnesses, and finding that proper notice to all parties in interest has been given, determines that the Motion has merit and should be granted; accordingly, it is therefore

ORDERED that the Motion for Relief from the Automatic Stay, be, and hereby is, granted; and it is further

ORDERED that the automatic stay in this bankruptcy case is lifted to allow First Horizon Home Loan Corporation to exercise any and all legal rights and remedies ** it has against the Alleged Debtor and the real property and improvements described in the Motion, described as:

> Unit Numbers 101 through 105, in Building 1 and Unit Numbers 106 through 110, in Building 2 and its appurtenant undivided interest in and to the general and limited common elements of MAGNOLIA AT FLEUR GARDENS, a condominium regime in Harris County, Texas, according to the Condominium Declaration, dated March 27, 2005, filed April 4, 2006, recorded in/under Film Code No. 195088 of the Condominium Records of Harris County, Texas, when taken with all Amendments and/or Supplements thereto, together with all improvements thereon situated ("Property").

It is further, ORDERED that the ten (10) day stay period otherwise imposed by FED. R. BANKR. P. 4001(a)(3) shall not be applicable to this Order.

11-2-07

_____
HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

\*\*   Movant is allowed to secure the property and to post the property for a ~~November~~ December, 2007 foreclosure sale. A final hearing to determine if Movant is allowed to conduct the foreclosure sale in ~~November~~ December, 2007 will be held on ~~November 2~~ November 26, 2007 at ~~11:00 a.m.~~ 4:00 p.m.

2