

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
11/05/2007

| | | |
|---|---|---|
| In re: | § | |
| JULIET HOMES, LP, | § | Case No. 07-36424 |
| Alleged Debtor. | § | |
| | § | |
| SOUTHWESTERN NATIONAL BANK, | § | |
| Movant, | § | |
| vs. | § | |
| JULIET HOMES, LP, | § | |
| Respondent. | § | |

## ORDER GRANTING AMENDED MOTION FOR RELIEF FROM STAY #14

On this day came on for consideration the Amended Motion for Relief from the Automatic Stay ("Motion") filed by Southwestern National Bank ("Movant"), and the Court, having reviewed the Motion and any response thereto, heard the testimony of witnesses, and finding that proper notice to all parties in interest has been given, determines that the Motion has merit and should be granted; accordingly, it is therefore

ORDERED that the Motion for Relief from the Automatic Stay be, and hereby is, granted; and it is further

ORDERED that the automatic stay in this bankruptcy case is lifted to allow Southwestern National Bank to exercise any and all legal rights and remedies it has against the Alleged Debtor and the real property and improvements described in the Motion, described as:

**REAL PROPERTY:**

Unit Nos. 111 through 115 in Building 4 and Unit Nos. 116 through 120 in Building 3 and it appurtenant undivided interest in and to the general and limited common elements of MAGNOLIA AT FLEUR GARDENS, a condominium

regime in Harris County, Texas, according to the Condominium Declaration, dated March 27, 2005, filed April 4, 2006, recorded in/under Film Code No. 195088 of the Condominium Records of Harris County, Texas, when taken with all Amendments and/or Supplements thereto.

**IMPROVEMENTS:** Ten (10) Townhome Units.

It is further,

ORDERED that the ten (10)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

11-2-07

_____
**HONORABLE MARVIN ISGUR**
**UNITED STATES BANKRUPTCY JUDGE**

\*\*Movant is allowed to secure the property and to post the property for a December, 2007 foreclosure sale. A final hearing to determine if Movant is allowed to conduct the foreclosure sale in December, 2007 will be held on November December 26, 2007 at 4 w p m.