

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/30/2011

IN RE: § Case No. 07-36424-H1-7
§
JULIET HOMES, LP §
§ (Chapter 7)
DEBTOR §

ORDER APPROVING MOTION FOR APPROVAL OF COMPROMISE
AND SETTLEMENT AGREEMENT

CAME ON FOR CONSIDERATION the Motion for Approval of Compromise and Settlement Agreement between Trustee, W. Steve Smith, Trustee of the estate of Douglas Brown, and Tremont Homes, Inc., Thomas P. Thibodeau, Jorge C. Carmiro and Amad Al-Banna (collectively the "Defendants") filed by Joseph M. Hill, Trustee, and the Court, after reviewing the

DENIED. There is demonstrably no benefit to the estate. All of the funds go to counsel. The estate's liability to counsel only arises if there are proceeds from the litigation.

If the estate receives no funds from the settlement, then the matter should be litigated to a conclusion.

The Court further notes that the Estate will bear an affirmative cost (in the form of additional chapter 7 trustee's fees) if the compromise is approved. Accordingly, the compromise results in a net loss for the estate. It is not approved.

Signed: August 30, 2011

_____
Marvin Isgur
Chief United States Bankruptcy Judge

1