

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/02/2011

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| JULIET HOMES, LP, § | Case No. 07-36424-H1-7 | |
| § | (Chapter 7) | |
| Debtor § | | |
| § | | |
| IN RE: § | | |
| § | | |
| JULIET GP, LLC, § | Case No. 07-36426-H1-7 | |
| § | (Chapter 7) | |
| Debtor § | | |
| § | | |
| IN RE: § | | |
| § | | |
| DOUGLAS A. BROWN, § | Case No. 07-36422-H1-7 | |
| § | (Chapter 7) | |
| Debtor § | | |

**ORDER GRANTING MEHAFFYWEBER, P.C.'S AND JOSEPH F. ARCHER,
P.C.'S FIRST INTERIM APPLICATION FOR COMPENSATION AND
FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JUNE 2, 2010 THROUGH OCTOBER 31, 2011**

**CAME ON FOR CONSIDERATION** after notice and opportunity for a hearing MehaffyWeber, P.C. and Joseph, P.C.'s First Interim Application for Compensation and for Reimbursement of Expenses for the Period June 2, 2010 through October 31, 2011 (the Interim Application) filed by MehaffyWeber, P.C. and Joseph F. Archer, P.C. (collectively, Special Counsel).  The Court has determined that the Interim Application meets the requirements as set forth under Bankruptcy Code Sections 328 and 330(a)(3)(A) and Local Rule 2016, that the requested fees are reasonable and that the

expenses were reasonable and necessary to the prosecution of Trustees' claims. It is, therefore,

ORDERED, that Special Counsel are awarded Interim compensation of $33,087.85 in fees and $17,280.37 in expenses, and Trustees are authorized to make payment to Special Counsel for these amounts.

Signed: December 02, 2011

                                                                                   _____
                                                                                                    Marvin Isgur
                                                                                    Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY JUDGE