**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **JULIET HOMES, LP,** | § | **Case No. 07-36424-H1-7** |
| | § | **(Chapter 7)** |
| **Debtor** | § | |
| _____ | § | |
| | § | |
| IN RE: | § | |
| | § | |
| **JULIET GP, LLC,** | § | **Case No. 07-36426-H1-7** |
| | § | **(Chapter 7)** |
| **Debtor** | § | |
| _____ | § | |
| | § | |
| IN RE: | § | |
| | § | |
| **DOUGLAS A. BROWN,** | § | **Case No. 07-36422-H1-7** |
| | § | **(Chapter 7)** |
| **Debtor** | § | |
| _____ | § | |

**NOTICE OF FILING OF**
**TRUSTEES' MOTION FOR APPROVAL OF COMPROMISE WITH THOMAS BOYD**

---

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013(b)**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

---

1

PLEASE TAKE NOTICE THAT Joseph M. Hill, Trustee ("Juliet Trustee") of the bankruptcy estates of Juliet Homes, LP and Juliet GP, LLC ("Juliet Debtors" or "Juliet") and Janet S. Northrup, Trustee as Successor Trustee ("Brown Trustee") of the bankruptcy estate of Douglas A. Brown ("Brown") have filed today a Motion for Approval of Compromise and Settlement Agreement ("Motion to Compromise") with Defendant Thomas Boyd.

Details concerning the settlement are set forth more fully in the Motion to Compromise, which is available upon written request of the Trustees' lawyers at the email or street address listed below.  The Court has not set a hearing on the Motion to Compromise and may rule on the Motion to Compromise without a hearing unless one is requested.

Date: January 30, 2014                              Respectfully submitted,

                                                    */s/ Susan H. Jacks*
                                                    Susan Hardie Jacks
                                                    Attorney-in-Charge
                                                    State Bar No. 08957600
                                                    S.D. Texas I.D. No. 4192
                                                    susanjacks@mehaffyweber.com
                                                    500 Dallas, Suite 1200
                                                    Houston, Texas 77002
                                                    Phone: (713) 655-1200
                                                    Fax: (713) 655-0222

                                                    ATTORNEYS FOR JOSEPH M. HILL, TRUSTEE
                                                    and JANET S. NORTHRUP, TRUSTEE

OF COUNSEL:
MEHAFFY WEBER, P.C.
and
JOSEPH F. ARCHER, P.C.
Joseph F. Archer
4119 Montrose, Suite 400
Houston, TX  77006
(713) 335-1325

## CERTIFICATE OF SERVICE

I certify that on the 30th day of January, 2014, a true and correct copy of this document was served by the method indicated on (i) the United States Trustee, (ii) the IRS, (iii) the Chapter 7 Trustees, (iv) Debtors' counsel, (v) all creditors of the estate, and (vi) all persons who have filed notices of appearance, all of whom are set forth in the attached list.

                                                    */s/ Susan H. Jacks*
                                                    Susan H. Jacks

**CASE NUMBER:**
**07-36424, 07-36426 & 07-36422**

5803 Richmond, Ltd.
5959 Richmond, Suite 440
Houston, TX 77057-6325

6353 Interests, Ltd.
5959 Richmond, Suite 440
Houston, TX 77057-6325

Deuce Creative, LLC
PO Box 130733
Houston, Texas 77219-0733

~~First Horizon Home Loan Corporation~~
~~1250 Wood Branch Park Drive,~~
~~Suite 600~~
~~Houston, TX 77079-1233~~
Address expired

Flooring Services of Texas, L.P.
c/o Denise L. Nestel
Porter & Hedges, L.L.P.
1000 Main Street, 36th Floor
Houston, TX 77002-6341

HHT - FCP Limited 2, LP
c/o Hanszen Laporte
4309 Yoakum Blvd.
Houston, TX 77006-5856

HHT - FCP Limited 4, LP
c/o Hanszen Laporte
4309 Yoakum Blvd.
Houston, TX 77006-5856

Harris County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

Humble Independent School District
c/o Fairle Rickard
Tax Assessor-Collector
PO Box 2000

Humble, TX 77347-2000
~~Juliet Homes, LP~~
~~5225 Katy Frwy, Suite 605~~
~~Houston, TX 77007-2264~~
Address expired

~~Juliet GP, LLC~~
~~720 Rust St., 2nd Floor~~
~~Houston, Texas 77002-2713~~
Address expired

Metcom International, Inc
12591 Research, Ste 101
Austin, TX 78759-2210

Montgomery County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

RLB Construction Ltd d/b/a Rooftec
c/o J. Daniel Woodall
Gauntt, Earl & Binney, LLP
1400 Woodloch Forest Drive, Suite 575
The Woodlands, TX 77380-1179

TexProJ2008
c/o Dan Brown
3049 S. Sherwood Blvd., Suite 300
Baton Rouge, LA 70816-2277

~~Warranty~~
~~Home Buyers Warranty~~
~~1417 West Arkansas Lane~~
~~Arlington, TX 76013-8299~~
Address expired

31-W Insulation Co., Inc.
P.O. Box 306010
Nashville, TN 37230-6010

9745 Interests
c/o David Greenberg
5959 Richmond Ave., Suite 440
Houston, TX 77057-6325

5803 Richmond, Ltd.
6353 Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056-6131

A1 Express Safe & Lock
P.O. Box 42029
Houston, TX 77242-2029

Antonio Urrutia
338 Gregg
Houston, TX 77020-6136
Address expired

AABC Appliance Gallery
5910 Southwest Freeway
Houston, TX 77057
Address expired

Arceli Torres
5930 Doolittle
Houston, TX 77033-1906

AB Erosion Control LLC
20910 Lost Pine Trail
Crosby, TX 77532-3263

ACES Builders= Warranty
10235 W. Little York Ste 260
Houston, TX 77040-3252
Address expired

AMPCO System Parking
815 Walker Street, Suite 340
Houston, TX 77002

AT&T
P.O. Box 630047
Dallas, TX 75263-0047
Address expired

ASA Consulting Engineers, Inc.
1155 Dairy Ashford # 111
Houston, TX 77098
Address expired

AB Window Service
1415 Upland Dr.
Houston, TX 77043-4720
ASAP Masonry Supply
8938 Solon Road
Houston, TX 77064-1231

ASSI Action Sign, Inc.
14606 Sheraton
Houston, TX 77039-1226
Address expired

AT&T
P-O Box 650661
Dallas, TX 75265-0661
Address expired

AT&T
P.O. Box 650661
Dallas, TX 75265-0661
Address expired

A Plus Permit
4805 Merwin St.
Houston, TX 77027-6609

AT&T
P.O. Box 930170
Dallas, TX 75393-0170
Address expired

AT&T Attorney: James Grudus, Esq.
AT&T Inc.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2694

Absolute Marble & Granite
5535 Memorial Drive
Suite F, Box 413
Houston, TX 77007-8023

2

Accountemps
FILE 73484
P.O. Box 60000
San Francisco, CA 94160-3484
Address expired

Action Sign Services, Inc.
14606 Sheraton
Houston, TX 77039-1226
Address expired

Advanced Appliances
2101 N. Main
Pearland, TX 77581

Azteca Gunite Co.
6626 Flintlock Road
Houston, TX 77040-4319

Advanced Business Copiers, L.P.
P.O. Box 12018
Spring, TX 77391-2018

Aetna
P.O. Box 91507
Arlington, TX 76015-0007

AMGRO
P.O. Box 15089
Worchester, MA 01615-008

Agape Overhead Doors
133 Wilson
Humble, TX 77338

AirTron
3300 Bingle Rd.
Houston, TX 77055-1037

Alex Quick
909 Texas St. Loft #1006
Houston, TX 77002-3187
Address expired

Alexis Hernandez
7306 Roundrock Park Ln.
Richmond, TX 77469

Anthony Ajshegiri
10 Oak Comet #6301
Houston, TX 77006

Alliant Law Group, LLP
2860 Zanker Rd. Ste. 105
San Jose, CA 95134-2119

Arturo Chavez
14120 Alderson
Houston, TX 77015-3027

Almeda Interests, Ltd.
GP-Brown/Kane
3262 Westheimer #511
Houston, TX 77098-1002

Almeda/Reed Interests, Ltd.
c/o Jennifer L. Haluptzok
2800 Post Oak Blvd., 61st Floor
Houston, Texas 77056-6131

Almeda/Reed Interests, Ltd.
Pres-David Greenberg
5959 Richmond Ave, Suite 440
Houston, TX 77057-6325

American Lawn and Landscaping
PO Box 821048
Houston, Texas 77282-1048

Almeda Interests, Ltd GP-Brown/Kane
3262 Wes
Cr undeliverable

Almeda/Reed Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056-6131

3

Anelu Moreira
609 W. 18th Ste.
Houston, TX 77008-3609

Ballpark IV Community Assoc.
945 McKinney St. Ste 511
Houston, TX 77002-6308

Anne L Echols
2629 B Wroxton
Houston, TX 77005-1356

Arcoa Capital Partners
Arcoa Funding, LLC
Larry Ramming, Trustee
50 Briar Hollow Lane,
Suite 210- East Bldg.
Houston, TX 77027-9300
Address expired

Arturo Ortiz
Arcoa Funding LLC
50 Briarhollow Suite 210 East
Houston, TX 77027-9300
Address expired

Arrow Marble LLC
P.O. Box 40592
Houston, TX 77240-0592

Arrow Mirror & Glass
P.O. Box 40592
Houston, TX 77240

APRC Investment Partner II, LTD
5151 San Felipe #2050
Houston, TX 77056-3727
Address expired

Asakura Robinson Company
3000 Richmond, Suite 420
Houston, TX 77098-3123
Address expired

Associated Testing Laboratories, Inc.
3143 Yellowstone Blvd.
Houston, TX 77054

A & E- The Graphics Complex
P.O. Box 27286
Houston, TX 77227-7286

Assurant Employee Benefits
P.O. Box 843300
Kansas City, MO 64184-3300

American Mold Guard
751 Bradfield
Houston, TX 77060-3108
Address expired

Aztec Rental Center
P.O. Box 924616
Houston, TX 77292-4616

Azteca Gunite Co.
6626 Flintlock Road
Houston, TX 77040-4319

Attorney General of Texas
Tax Division Bankruptcy
PO Box 12548
Austin, TX 78711-2548

Barclays Capital Real Estate Inc
dba Homeq Servicing
1100 Corporate Dr
Raleigh NC 27607-5066
Address expired

BP 4 Community Association
945 McKinney St., Suite 111
Houston, TX 77002-6308

BRUCE A NICKEL
P.O. BOX 396
BARKER TX 77413-0396

Badger Law Office
3400 Avenue H, 2nd Floor
Rosenberg, TX 77471

Boren Construction & Consultants
P.O. Box 1212
Bridge City, TX 77611-1212

Ballpark III Community Assoc., Inc.
945 McKinney St., Suite 111
Houston, TX 77002

Benito Chavez
14115 Meyersville Dr.
Houston, TX 77049-4026

Barrons Patio
13807 Saddleridge
Crosby, TX 77532-6361

Baytree Finance Company
664 N Western Ave
Lake Forest, IL 60045-1951

Best Buy
5133 Richmond Ave.
Houston, TX 77056

Brite Shine Cleaning Services
3630 Corinne Ct.
Katy, TX 77449-6678

Best Portable Toilets
P.O. Box 841363
Houston, TX 77284-1363

Bison Building Materials, LTD
1445 W. Sam Houston Pkwy N.
Houston, TX 77043

Builders First Source
P.O. Box 29947
San Antonio, TX 78229-0947

Blackmon Mooring-Steamatic of
Houston
10511 Kipp Way #400
Houston, TX 77099-2764

~~Bleyl & Associates~~
~~2251 N. Loop 336 W., Suite B~~
~~Conroe, TX 77304~~
Address expired

~~Brown & Gay Engineers, Inc.~~
~~11490 Westheimer, Suite 700~~
~~Houston, TX 77077-6845~~
Address expired

Bob Shiring
2615 Stuart Manor
Houston, TX 77082

Bruce Nickel
19222 Oakview Terrace
Houston, TX 77094-3057

Brando Chiropractic Clinic
2914 North Main
Houston, TX 77009-5630

~~Brandon Marroquin~~
~~309 Gregg~~
~~Houston, TX 77020-6135~~
Address expired

~~Brian Gottselig~~
~~3410 Louisiana St. Apt. # 3324~~
~~Houston, TX 77002-9559~~
Address expired

Brilliant Promotion
10161 Harwin, Suite 125
Houston, TX 77036

Bentley Capital LP
720 Rusk 2nd Floor
Houston, TX 77002-2713

~~Bryce & Jennifer Simonson~~
~~7 Jester Oaks Place~~
~~The Woodlands, TX 77381~~
Address expired

Binh Lee
2907 Park Springs Lane
Sugar Land, TX 77479-8878

~~Bryon Carter & Linda Ezennia~~
~~311 Grove~~
~~Houston, TX 77020~~
Address expired

~~Consolidated Mortgage~~
~~1291 Galleria Drive, Suite 220~~
~~Henderson, Nevada 89014-8634~~
Address expired

Carson T Campbell Jr
PO Box 629
Brenham TX 77834-0629

C Johnnie on the Spot
P.O. Box 1583
Nederland, TX 77627

Caine & Weiner
Don Smith
Collection Mgr
P.O. Box 5010
**undeliverable**

CBS Radio Inc
Po Box 570548
Houston, Tx 77257-0548

CCA
P.O. Box 439
Norwell, MA 02061-0439

Century Engineering Inc.
3030 South Gessner, Ste 100
Houston, TX 77063-3770

Cable Solutions
21422 Wellsford Glen Drive
Katy, TX 77449

Colebrook Community Assoc., Inc.
945 McKinney St., Suite 111
Houston, TX 77002-6308

Camellia Plaza LP
c/o Doug Lam
213 East Hamilton
Houston, TX 77076-4510

Cannon Termite & Pest Control Inc.
935 Eldridge Rd. # 280
Sugar Land, TX 77478-2809

Carlos Perez
7202 Plaza Del Sol
Houston, TX 77083

Creative Plumbing
P.O. Box 1316
Humble, TX 77347-1316

Carole Taylor
5204 Washington Ave
Houston, TX 77007-5253
Carolee Taylor
212 Silverwood Ranch
Conroe, TX 77384-4582

Colebrook CA, Inc.
P.O. Box 842115
Houston, TX 77284-2115

Centerpoint Energy
P.O. Box 4981
Houston, TX 77210-4981

City of Houston
P.O. Box 1560
Houston, TX 77251-1560

Central Transportation Systems
6000 South Loop East
Houston, TX 77033-1001
Address expired

Chad & Brenda Tinney
313 Cage
Houston, TX 77020

Cynthia Ramirez
624 Westcott
Houston, TX 77007-5019

Christians Development Co. Inc.
c/o Michael Benestante
3131 Fountainview Drive
Houston, TX 77057-6201

Christopher Kruger
c/o Brian Womac, Attorney
820 Gessner, Ste 1540
Houston, TX 77024-4463
Address expired

Chuck I. Okoye
2833 Clinton Dr.
Houston, TX 77020

Christopher Marrero
4165 Old Dowlen Road # 150
Beaumont, TX 77706-6614

City of Houston Fire Permit Office
P.O. Box 3625
Houston, TX 77253-3625

City of Port Arthur
P.O. Box 1089
Port Arthur, TX 77641-1089

Clark-Tech Environmental
1515 Globe
Houston, TX 77034-1010

Cobb Fendley & Associates
5300 Hollister, Suite 400
Houston, TX 77040-6138
Address expired

City of Shenandoah
29955 I-45 North
Shenandoah, TX 77381-1199

CoffeGiant.com
P.O. Box 110225
Carrollton, TX 75011-0225

Consolidated Communications
P.O. Box 660034
Dallas, TX 75266-0034
Address expired

Connie Brown
545 FM 1488 Road # 1206
Conroe, TX 77384-4003
Address expired

Corey Construction, LP
10924 Grant Rd. #308
Houston, TX 77070-4445
Address expired

Cornerstone Electric Company
1047 E. Huffsmith Rd.
Tomball, TX 77375-4930
Address expired

Crescent Design Group LLC
2 W. Trace Creek Rd.
The Woodlands, TX 77381

Construction Rent a Fence
P.O. Box 65
Thrall, TX 76578-0065

Custom Floors of Texas
500 Springhill Drive, Ste 200
Spring, TX 77386
Address expired

~~Christopher Matte~~
~~341 Cage St.~~
~~Houston, TX 77020-6113~~
Address expired

DG/DW Interests Ltd.
5959 Richmond Ave., Suite 440
Houston, TX 77057

Dave Perkins
1715 Shillington Drive
Houston, TX 77094-3023

DPIS Engineering LLC
P.O. Box 2089
Tomball, TX 77377-2089

~~Dan Tam Mui~~
~~330 Gregg~~
~~Houston, TX 77020-6136~~
Address expired

Dave Perkins
c/o Marjorie Payne Britt
Britt & Catrett, PC
4615 S. W. Fwy., Suite 500
Houston, TX 77027-7106

David Franke
2727 Allen PKWY, Ste 1500
Houston, TX 77019-2127

DeLage Landen Financial
Account Processing Ctr.
1111 Old Eagle School Rd.
PO BOX 6608
Wayne, PA 19087-8608

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Deluxe Business Checks & Solutions
P.O. Box 742572
Cincinnati, OH 45274-2572

D.R. Fox Construction, LLC.
4747 Research Forest Drive
Suite 180 PMB 275

Denise Newberg
19719 Sternwood Manor
Spring, TX 77379

David Franke
814 Wycliffe Drive
Houston, TX 77079-3512

Dennis Williams and Company
1748 Oak Tree
Houston, TX 77080-7240

De Lage Landen
REF No. 24558711
P.O. Box 41601
**undeliverable**

Derek Wilson & Kelley Humble
337 Cage
Houston, TX 77020-6113

Design Gallery
10555 W. Sam Houston Pkwy N.
Houston, TX 77064-7501

~~Desiree Ross~~
~~305 Cage~~
~~Houston, TX 77020~~
Address expired

~~David & Sarah McCarthy~~
~~321 Cage~~
~~Houston, TX 77020-6113~~
Address expired

Dessie R Williams
2504 8th St
Galena Park, TX 77547-2614

Dessie Williams
2504 8th  Street
Galena Park, TX 77547

David L. Tompkins
2331 W. Settlers Way
The Woodlands, TX 77380-0982

Deuce Creative, L.L.C.
PO Box 130733
Houston, TX 77219-0733

Devlin & Pignuolo, P.C.
2200 Post Oak Boulevard, Suite 700
Houston, TX 77056
Address expired

Danny Hoover
407 Green Stone Ct.
Houston, TX 77094-3494
Address expired

Diamond Plaza Management Corp
P.O. Box 525212
Flushibg, NY 11352-5212

Direct Energy
P.O. Box 660300
Dallas, TX 75266
Address expired

Derek Wilson
337 Cage St.
Houston, TX 77020-6113

Domingo Maldonado
11204 Devin Ct.
Plantersville, TX 77363-8069

Don Sanders/ Don Weir
600 Travis #3100
Houston, TX 77002-3072

Donna Casayuran
1211 Woodhollow Dr. # 14106
Houston, TX 77057-1637
Address expired

Douglas A. Brown
4009 Overbrook
Houston, TX 77027
Address expired

Damazo Vidal
19203 Boquillas Canyon Drive
Tomaball, TX 77377-7699

Dr. Fred Aguliar
2336 Suffolk
Houston, TX 77027

Deuce Creative LLC
1518 Washington
Houston, TX 77007-7755
Address expired

Dr. Najmiddin Karimjee
Saifi LLC
14511 Liscomb Drive
Houston, TX 77084-1560

ECamSecure, Inc./CPS Security
436 W. Walnut St.
Gardena, CA 90248-3137

Ed O'Hair
1803 Brook Grove
Katy, TX 77450

Entergy
P.O. Box 8104
Baton Rouge, LA 70891-8104

Edwin H. Momberger
27 Jadewing Ct.
The Woodlands, TX 77381-4286

Edwin Momberger
27 Jadewig Ct.
The Woodlands, TX 77381

Elizabeth C. Lemon
1917 Country Club Drive
Sugar Land, TX 77478-3909

Eflyer
5680 Hwy 6 #330
Missouri City, TX 77459

~~Eustolio Silva~~
~~15503 Broken Cypress Circle~~
~~Houston, TX 77049-3935~~
Address expired

Eight Real Productions
P.O. Box 540303
Houston, TX 77254-0303

Elena Tuchina
1314 Oakdale Street
Houston, Texas 77004-5816

~~Elon Bomani~~
~~1739 Aden Mist~~
~~Houston, TX 77003-5358~~
Address expired

Envirotest, LTD.
3902 Braxton
Houston, TX 77063

Earth Engineering, Inc.
4877 Langfield Road
Houston, TX 77040-6638

~~Envy Publications, Inc.~~
~~P.O. Box 7988~~
~~Houston, TX 77270-7988~~
Address expired

Eric Putnam
208 Silverwood Ranch
Conroe, TX 77384-4582

Eugenio Aguilar III
2336 Suffolk
Houston, TX 77027

Eric Putnam
5204 Washington Ave.
Houston, TX 77007-5253

Eugenio Aguillar III
6353 Richmond Ave, Unit 104
Houston, TX 77057

ER Solutions, Inc.
P.O. Box 9004
Renton, WA 98057-9004

Excell Foundations
P.O. Box 9899
The Woodlands, TX 77387-6899

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

Foxley Architecture
3414 Eaglewood Ct.
Pearland, TX 77584-9478

Felysha Howard
1713 Aden Mist
Houston, TX 77003-5358

Fernando Barron
306 Gregg
Houston, TX 77020-6136

Firesafe Protection Services
1815 Sherwood Forest
Houston, TX 77043-3001

First Collection Services
10925 Otter Creek E. Blvd
Mabelvale, AZ 72103

Financial Credit Network
P.O. Box 3084
Visalia, CA 93278-3084

First Horizon Construction Lending
Construction Loan Admin.
1250 Wood Branch Park Dr.,
Suite 600 CC #7546
Houston, TX 77079-1207
Address expired

First Horizon Home Lending Corp.
First National Bank
26302 I-45 North, Suite B
Spring, TX 77386

FCP 1998 Limited
126 S. Tranquil Path
The Woodlands, TX 77380-2760

Flooring Services of Texas
10555 West Sam Houston Parkway
Houston, TX 77064-7501

Flooring Services of Texas, L.P.
c/o Joshua Wolfshohl
Porter & Hedges, L.L.P.
1000 Main Street, 36th Floor
Houston, TX 77002-6341

Franco Movers
12107 Woodforest Drive
Houston, TX 77013

Francisca Cortez
2107 Noble
Houston, TX 77026-6829
Address expired

Frausto Paint
4015 Brookmeade
Houston, TX 77045-5507

GGG Holdings
c/o Shawn Goheen
16400 Kensington Drive
Sugar Land, TX 77479-4315

Gailon Adlong
326 Gregg
Houston, TX 77020

Gilbert Company
4118 Southerland
Houston, TX 77092-4417

George Hull
6 Deerberry Ct.
The Woodlands, TX 77384
Address expired

George Howard
13907 Winning Springs Drive
Cypress, TX 77429-6419

George P Howard
10134 Hammerly Blvd
Box #163
Houston, TX 77080-5010

George Soto
9110 Walnut Glen
Houston, TX 77064-9401

Geotech Engineering and Testing
800 Victoria Dr.
Houston, TX 77022

Gilbert Prida Surveying
17058 Judyleigh Dr.
Houston, TX 77084-1761

Gold Circle Inc
Jennifer Wang
5806 Bayberry Way
Sugar Land, TX 77479-4123

Horizon Management
c/o Todd Stoner
Gulf Coast Fan & Light
14900 Westheimer Suite X
Houston, TX 77082-1622
Address expired

H&W Petroleum Co.
P.O. Box 951803
Dallas, TX 75395-1803
Address expired

HHT-FCP Ltd 3
P.O. Box 925510
Houston, TX 77092

Hilda Gutierrez
7835 Santa Elena St.
Houston, TX 77061-1335

Hardware Source
c/o Light Source
14900 Westheimer
Houston, TX 77082-1622

Harris County M.U.D. #132
11111 Katy Freeway, Suite 725
Houston, TX 77079-2175

Hilda Gutierrez
7835 Santa Elena Street
Houston, TX 77061-1335

Home Services Network
8900 Research Park # 1822
The Woodlands, TX 77381

Home Team Pest Defense LLC
10612 Rockley Road|TPCL # 11227-A
undeliverable

Hope Lumber & Supply
27710 Highway Blvd.
Katy, TX 77494-1033

Horizon Management, Inc.
945 McKinney St., Suite 111
Houston, TX 77002-6308

Houston Chronicle
P.O. Box 80085
Prescott, AZ 68304-8085

Hull Associates, LLC
1220 E. Corporate Dr.
Arlington, TX 76006-6185

Huiping Chen
307 Gregg
Houston, TX 77020

Hortense Farley
310 Grove
Houston, TX 77020-6026
Address expired

Humble Independent School District
P.O. Box 4020
Houston, TX 77210-4020

Infinity Radio Houston
24 Greenway Plaza, Suite 1900
Houston, TX 77046-2428

Instant Office Supplies Co.
22136 Westheimer Parkway, Suite 165
Katy, TX 77450-8296

Ignacio Bernal
4329 Tomawanda
Insulated Glass Services of Texas
P.O. Box 302
Magnolia, TX 77353
Address expired

Ivette Ramirez
117 Virginia Dr.
Fresno, TX 77545-7850

Intechra Logistics, LLC
P.O. Box 635757
Cincinnati, OH 45263-5498
Address expired

Integrity Insurance Solutions
2050 North Loop West, Suite 110
Houston, TX 77018-8111

J R Welding Inc.
919 Tori Road
Richmond, TX 77469-7414

J.T. Fencing
13411 Sundale
Houston, TX 77038

Jorge Lomas dba JML Construction
12507 Sharpview
Houston, TX 77072-2236

~~JP Morgan Chase -HCBG~~
~~c/o Houston Club Bldg Garage~~
~~P.O. Box 203089~~
~~Houston, TX 77216-3089~~
Address expired

James Armstrong
1811 Elmen
Houston, TX 77019-5703

Jane Q. Tang
4907 Falls Circle
Missouri City, TX 77459

~~John Fitzgerald~~
~~5252 Twin City Hwy, Apt. 400~~
~~Groves, TX 77619-3143~~
Address expired

Jeanette Kew
P.O. Box 525212
Flushibg, NY 11352

Joanna Gober
10023 Villa Lea Lane
Houston, TX 77071-1215

Jerry DeLoach
614 North Elder Grive Dr.
Pearland, TX 77584

James Armstrong
1811 Elmen
Houston, TX 77019-5703

Jesus Pulido
12438 Dikovic
Houston, TX 77015

Juan Landverde
17303 Lewis Drive
Cypress, TX 77433-1837

Joanna R Gober
10023 Villa Lea Lane
Houston TX 77071-1215

John & Sharon Randle
128 Silverstone Lane
Conroe, TX 77384-4580

~~John Chambard~~
~~4832 SpringBrook Dr~~
~~Annandale, VA 22003-3935~~
Address expired

John R. Lester
710 N. Post Oak Rd., Suite 120
Houston, TX 77024

~~Juliet Purchasing Services, LP~~
~~720 Rusk, 2nd Floor~~
~~Houston, TX 77002-2713~~
Address expired

~~John and Sharon Randle~~
~~31 Cape Jasmine Place~~
~~The Woodlands, TX 77381-6458~~
Address expired

~~Johnny Ho~~
~~322 Gregg~~
~~Houston, TX 77020-6136~~
Address expired

Johnson Fence LTD.
6415 F.M. 2920
Spring, TX 77379

J & LA Plumbing Co.
6832 Lindbergh St.
Houston, TX 77087-5119

Jones & Carter, Inc.
6335 Gulfton, Suite 100
Houston, TX 77081-1112

Jontae Chatman
2902 Manion Dr.
Missouri City, Texas 77459-4849

John & Sharon Randle
28 Silverstone Lane
Conroe, TX 77384-4580

Joon Rhee
5114 Lillian St.
Houston, TX 77007-5225
Address expired

Joseph Tackett
3333 Cummins St., Apt. 1205
Houston, Texas 77027

Kronbergs Flags & Flagpoles
7106 Mapleridge
Houston, TX 77081-6692

KBS Insurance Group, LLC
7324 S. W. Freeway, Suite 300
Houston, TX 77074-2043

Karina Calderon
618 Knoll Forest
Sugar Land, TX 77479-6080
Address expired

Katherine Rokoczy & Ryan Thomas
604 Westcott
Houston, TX 77007-5019

Kelley Humble
337 Cage St.
Houston, TX 77020

J & L Wood Services
16994 Sloan Rd.
Conroe, TX 77306-9418

Kent Moore Cabinets
1460 Fountain Ave.
Bryan, TX 77801-1129
Address expired

Kent Moore Cabinets, Ltd.
c/o G. James Landon, Esq.
Streusand & Landon, LLP
816 Congress Avenue, Ste. 1600
Austin, Texas 78701-2638
Address expired

Kevin McClure
10318 Five Oaks XING
Missouri City, TX 77459

Kele Helm
14122 Grovemist Ln.
Houston, TX 77082-2168

Keystone Structural Concrete, LTD.
16565 Village Drive
Houston, TX 77040

Ken Wood & Associates, P.C.
One Sugar Creek Center Blvd., Ste 300
Undeliverable

Kristie Gottselig
3410 Louisiana St. Apt. # 3324
Houston, TX 77002
Address expired

Lexico Distribution
c/o Steve Ittner
6830 N. Eldridge Pkwy #511
Undeliverable

LH Ramming, Trustee
50 Briar Hollow Lane, Suite 210- East
Bldg.
Houston, TX 77027-9300

14

Lacy Bogan
333 Cage St.
Houston, TX 77020
Address expired

Michael Budde
618 Westcott
Houston, TX 77007-5019

LTD Financial Services, L.P.
7322 Southwest Fwy., Suite 1600
Houston, TX 77074-2134

Lisa Green
10307 Millridge Dr.
Houston, TX 77070

Lescon Plumbing
2010 N. Houston Ave.
Humble, TX 77338-2535

Lidia Lopez
8927 Grape St.
Houston, TX 77036-7317

Lighting Trends
P.O. Box 2767
Stafford, TX 77497-2767

Light Source
14900 Westheimer
Houston, TX 77082-1622
Address expired

Lithotech Printed Products
P.O. Box 1562
Bellaire, TX 77402

Locke Liddell & Sapp LLP
P.O. Box 201072
Houston, TX 77216-1072

Little Johns Port-a- Can
P.O. Box 986
Channelview, TX 77530-0986

Luis Escobar
979 Nautica
Weston, FL 33327-2132

MAS Resources
30213 Post Oak Run
Magnolia, TX 77355

Mark J. Pulda
9844 Cypresswood #1102
Houston, TX 77070-3853
Address expired

MJ Reddy
24811 Boulder Lake Court
Katy, TX 77494

Mary Hubbell
1609 W. 12th St.
Houston, TX 77008-6446

Manuel Euceda
33618 Falcon Spring
Hockley, TX 77447

Millennium Document Solutions LLC
708 Main Street, Suite 490
Houston, TX 77002-3222
Address expired

Marcos Pineda
13407 Parkstone View Dr.
Houston, TX 77083-1845

Marcus Coleman
6435 Ivy Falls
Missouri City, TX 77459-3081

Margaret Tolliver
1011 West Ave.
Port Neches, TX 77651
Address expired

Michael Orosco
6513 B Taggart
Houston, TX 77007-2054

Maria Celis & Antonio Fernandez
2425 Underwood Apt. 257
Houston, TX 77030-3529

Mark J Pulda
8417 Ketam Loch Ct
Spring Tx 77379-5119

Martha Conner
620 Westcott
Houston, TX 77007-5019

~~Nadenne Calderon~~
~~618 Knoll Forest~~
~~Sugar Land, TX 77479-6080~~
Address expired

~~Modular Space Corporation~~
~~P.O. Box 641595~~
~~Pittsburgh, PA 15264-1595~~
Address expired

Michael & Terri Schnakenberg
15 Greenlaw Ct
Sugar Land TX 77479-2994

~~Michael Jacobson~~
~~342 Gregg~~
~~Houston, TX 77020~~
Address expired

Mohammed Kahn & Tasneem Kahn
204 Silverwood Ranch
Conroe, TX 77384-4582

Michael Orosco
6513 B Taggart
Houston TX 77007-2054

Michele Carlisle
5244 Washington Ave.
Houston, TX 77007-5230

Midtown Blk, Ltd.
5959 Richmond Ave., Suite 440
Houston, TX 77057-6325

Midtown Management District
P.O. Box 73109
Houston, TX 77273-3109

Miller Grossbard & Associates
2204 Louisiana , Second Floor
Houston, TX 77002

Michael Smith
19179 Woodhollow
Porter, TX 77365-3629

Mobile Mini
P.O. Box 79149
Phoenix, AZ 85062-9149

~~Miller Brothers~~
~~12950 South Kirkwood, Suite 100~~
~~Stafford, TX 77477-3862~~
Address expired

~~Momentum Engineering~~
~~Salman Qadir~~
~~8876 Gulf Freeway, Suite 125~~
~~Houston, TX 77017-6543~~
Address expired

Monster Inc.
P.O. Box 90364
Chicago, IL 60696-0364

Montgomery County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

Muduganti J. Reddy
24811 Boulder Lake Court
Katy, TX 77494-3900

~~Muduganti J. Reddy~~
~~c/o Warren King~~
~~5020 Montrose, Third Floor~~
~~Houston, TX 77006~~
Address expired

NCO Financial Systems
P.O. Box 15740
Wilmington, DE 19850-5740

Nari Son
3323 McCue Rd. #533
Houston, TX 77056-7147

Natalie Nichols
317 Cage
Houston, TX 77020
Address expired

Omnium Worldwide, Inc.
P.O. Box 956842
St. Louis, MO 63195-6842

Newsom-Vaughn & Associates
1801 Kingwood Dr. #240
Kingwood, TX 77339-3058

Nicholas Nelson
316 Sapphire Dr.
College Station, TX 77845
Address expired

Nicks Plumbing & Sewer Service, Inc.
1420 N. Durham |**undeliverable**

Northwind Air Conditioning
6106 Milwee
Houston, TX 77092-6218

Oasis Fire Protection, Inc.
5310 Glenmont, Suite C
Houston, TX 77081

OS Screen & Glass
5927 Coppinsay Dr.
Katy, TX 77449-2017

Office Depot
P.O. Box 70025
Los Angeles, CA 90074-0025

Olga Villanueva
2505 Esther Ave
Pasadena, TX 77502-3238

Ozarka Water
P.O. Box 52214
Phoenix, AZ 85072
Address expired

Oscar Gonzalez
1255 Eldridge Pkwy #1124
Houston, TX 77077-2183

PELC Framing Co.
806 Commons Spring Creek
Huffman, TX 77336-3051

Patrick Ho & Ophelia Ho
1704 Aden Mist
Houston, TX 77003
Address expired

Pablo & Daniela Tejado
606 Westcott
Houston, TX 77007-5019

Patriot Bank
7500 San Felipe, Suite 125
Houston, TX 77063-1709

Patriot Security Ltd
P.O. Box 1876
Nederland, TX 77627-1876

Progressive Connections
22209 Huffsmith-Kohrville Rd.
Tomball, TX 77375-6950

Paul Bettencourt
Harris County Tax Assessor
PO BOX 4576
Houston, TX 77210-4576

~~Phase One Technologies, L.L.C.~~
~~14655 Northwest Frwy # 126~~
~~Houston, TX 77040~~
Address expired

~~PSI~~
~~283 Lockhaven, Suite 303~~
~~Houston, TX 77073-5519~~
Address expired

Pitney Bowes, Inc.
P.O. Box 856390
Louisville, KY 40285-6390

Potomac Cleaning Co.
9402 Delicado Dr.
Humble, TX 77396-6208

~~Precision Landscaping, Inc.~~
~~4212 Old Richmond Rd.~~
~~Rosenberg, TX 77471~~

Qui Due Nguyen & Thu Huong Nguyen
345 Cage St. |**undeliverable**

Premier Building Services
3 Stony Creek Drive
Conroe, TX 77384

Parker Lumber- Port Arthur
2948 Gulfway Drive
Port Arthur, TX 77642-5060

Premier Installations & Design Group
13980 NW Frwy. # 303
Houston, TX 77040

Pablo Perez
2415 Ave. D
Dickinson, TX 77539-5022

Pro Plaster
11836 Elizabeth Ridge
Conroe, TX 77304-7411

~~Professional Service Industries~~
~~P.O. Box 71168~~
~~Chicago, IL 60694-1168~~
Address expired

Prosperity Bank
116 South Velasco
Angleton, TX 77515

Pirtle Investments LP
c/o Tom Pirtle
27 E. Rivercrest Drive
Undeliverable

~~Quality Insulation~~
~~104 B Longview Street~~
~~Conroe, TX 77301-4074~~
Address expired

RBC Centura Bank
11011 Richmond Ave., Ste 850
Houston, TX 77042

Richard Robert
11639 Versailles Lake Lane
Houston, TX 77082-6843

RGN Repair & Refinish
10210 Green Valley Lane
Houston, TX 77064

Reliant Energy
P.O. Box 650475
Dallas, TX 75265-0475

RLB Construction Ltd d/b/a Rooftec
c/o J. Daniel Woodall
Gauntt, Earl & Binney, LLP
1400 Woodloch Forest Drive, Suite 575
The Woodlands, TX 77380-1179

~~Radford Properties, Inc.~~
~~618 Knoll Forest~~
~~Sugar Land, TX 77479~~
Address expired

~~Robert Davis~~
~~3105 Locke Lane~~
~~Houston, TX 77019-6205~~
Address expired

Raj M. Rangwani
3934 FM 1960 West, Suite 210
Houston, TX  77068-3544

~~Raj Rangwani~~
~~3934 FM 1960 West #280~~
~~Houston, TX 77068~~
Address expired

~~Ravi Reddy~~
~~7 Wexford Ct.~~
~~Houston, TX 77024-6611~~
Address expired

Ranger Roofing and Construction
14026 FM 2100, Suite A
Crosby, TX 77532-9163

~~Raymond Lindgren~~
~~3202 Canyon Links~~
~~Katy, TX 77450-5992~~
Address expired

Renee Massey
11011 Pleasant Colony # 2527
Houston, TX 77065-4630|

~~Rescon LLC~~
~~c/o RW Lindgren~~
~~3202 Canyon Links~~
~~Katy, TX 77450-5992~~
Address expired

Rick Zimmer
4410 Weston Drive
Fulshear, TX 77441-4251

Robert Rodarte
806 Ave M
So. Houston, TX 77587-5034

Robin Rawlinson & Rodona Neely
2120 Ave D
Nederland, TX 77627

Robert Odom
8617 Lupton Drive
Houston, TX 77055-6646

~~Ronald Kabin~~
~~21653 Weatherby Lane~~
~~Lexington Park, MD 20653~~
Address expired

Relay Services
18311 Camellia
Cypress, TX 77429-1224

~~Rooftec~~
~~11339 Neeshaw~~
~~Houston, TX 77065-4777~~
Address expired

Rosalinda Mingalone
308 Grove
Houston, TX 77020-6026

Rose Nazarian
4149 Coleridge
Houston, TX 77005

Ram Industries Inc.
13119 Mula Court
Stafford, TX 77477-3321

~~Roy Burden~~
~~10 S. Manorcliff Pl.~~
~~The Woodlands, TX 77382-5358~~
Address expired

~~Royal Office Products~~
~~360 Shore Drive~~
~~Burr Ridge, IL 60527~~
Address expired

Ramon Landscaping
945 McKinney St. # 111
Houston, TX 77002-6308

Russell Nicholson
3523 Sierra Pines Drive
Houston, TX 77002

Raymond Stubblefield & Antonio
Sanchez
309 Cage
undeliverable

Ryan Chuston
608 Westcott
Houston, TX 77007

RLA Construction, Inc.
10549 Berwyn Drive
Houston, TX 77037-1211

Ryan Rogers
9511 Fern Woods Forest
Houston, TX 77040

Richard Treglown & Renissa Sajan
612 Westcott
Houston, TX 77007-5019

SER Construction Partners, Inc.
3636 Pasadena Blvd.
Pasadena, TX 77503-3208

Suarez Construction Group, LLC
505 N. Sam Houston Pkwy E. #265
Houston, TX 77060-4064

~~SKA Consulting, L.P.~~
~~10260 Westheimer, Suite 605~~
~~Houston, TX 77042-3108~~
Address expired

~~Safeco Business Insurance~~
~~P.O. Box 66768~~
~~Saint Louis, MO 63166-6767~~
Address expired

StarTex Power
P.O. Box 4802
Houston, TX 77210-4802

Sancerre Community Assoc., Inc.
945 McKinney St., Suite 111
Houston, TX 77002

Sheila Testa
2401 McDuffie St.
Houston, TX 77019-6725

Sanchez Fence Co. LLC
P.O. Box 544
Pasadena, TX 77501-0544

Schindler Elevator Corporation
2105 Silber RD. Ste. 100
Houston, TX 77055-2653

Schlanger, Silver, Barg & Paine, LLP
P.O. Box 570548
Houston, TX 77257-0548

Seybro Door and Weatherstrip
405 Eagle St.
Weimar, TX 78962

Sentinel Construction Services, Inc.
P.O. Box 113
Fredericksburg, TX 78624-0113

~~Shamsuddin Rajani~~
~~3333 Turtle Creek Drive~~
~~Port Arthur, TX 77642-8099~~
Address expired

Sheila M Testa
2401 McDuffie St
Houston TX 77019-6725

~~Shek Chak & Suk Hing Hui~~
~~1305 West Villa Maria~~
~~Bryan, TX 77801~~
Address expired

~~Samir & Ramkishan Khatti~~
~~346 Gregg~~
~~Houston, TX 77020-6136~~
Address expired

Shek Chak Hui & Suk Hing Hui
325 Gregg St.
Houston, TX 77020

Sang Ki Lee
10111 Charterwood Dr. B303
Houston, TX 77070-1686

Sherrie Herrmann
2602 15th St.
Port Neches, TX 77651-4606

Sherrie Herrmann
2602 15th Street
Port Neches, TX 77651

Sandra Trujillo
815 Hidden Valley
Houston, TX 77088-2006

Shreyaskumar Patel
6011 Dabney Hill Ct.
Sugar Land, TX 77479

Southwestern National Bank
6901 Corporate Drive
Houston, TX 77036-5101

Sousan Allami
614 Westcott
Houston, TX 77007-5019

Southern Mirror & Shower Door, Inc.
2035 Pech Road Building G
Houston, TX 77055-1400

Southwestern National Bank
6901 Corporate Drive
Houston, TX 77036

Sutherland Asbiit & Brennan LLP
1275 Pennsylvania Ave,
NW Washington, DC 20004-2415

Spectrum LLP
Andrew Luther
25325 Borough Park Drive #110
The Woodlands, TX 77380-3564

Star Gutter Service
P.O. Box 266641
Houston, TX 77207

Stewart Door Ltd.
17030 West Little York
Houston, TX 77084-6401

Steve Wieser
11500 Jollyville Rd., Apt. 2411
Austin, TX 78759-2422

Storm Water Solutions
12200A Duncan Rd.
Houston, TX 77066

Sheila Murray
21526 Sapphire Ct.
Katy, TX 77449-8177

Sunset Window Coverings
22136 Westheimer Pkwy. Suite 438
Katy, TX 77450-8296

~~Sutherland Asbill & Brennan LLP~~
~~c/o Gerald D. Higdon~~
~~909 Fannin Ste 2200~~
~~Houston, Texas 77010-1043~~
Address expired

Sweetland Development
Management, LLC
c/o Andy Ho
12602 Big Stone Drive
Houston, TX 77066-1601

T-Mobile
P.O. Box 790047
St. Louis, MO 63179-0047

~~TECHDEPOT~~
~~P.O. Box 3374~~
~~Hartford, CT 06150-3074~~
Address expired

Texas Commission/Environmental
Quality|P.O. Box 13089
**Undeliverable**

TMAHC, Inc.
Tom Cervone
5401 Huisache
Houston, TX 77081-6618

~~TMCM Real Properties, LLC~~
~~(Tullis Thomas)~~
~~3109 NantucketCt.~~
~~Pearland, TX 77584-7984~~
Address expired

TRS Recovery Services, Inc.
P.O. Box 60022
City of Industry, CA 91716-0022

~~TSG CONSULTANTS, INC.~~
~~TEXAS OUTHOUSE, INC.~~
~~5207 KIAM~~
~~PO BOX 40463~~
~~7000 HOLLISTER ST BLDG A~~
~~HOUSTON TX 77040-5666~~
Address expired

Terraco Stone
6411 Ashcroft Bldg A
Houston, TX 77081

Texas Department of State Health
Service
DSHS P.O. Box 12190 |undeliverable

~~Terry Wyatt~~
~~1809 Overland Circle~~
~~Pearland, TX 77581~~
Address expired

Thai Nguyen
2437 South Blvd.
Houston, TX 77098-5116

Texan Drywall
1505 Aldine Bender
Houston, TX 77032-3005

Texas Residential Construction
Commission
3111 E. 14th St., Suite 200
Austin, TX 78702-1618

The Wagner Construction Group
PO BOX 1314
Stafford, TX 77031

Tasha Henderson
616 Westcott
Houston, TX 77007-5019

Thien Chau
5018 Cornish St.
Houston, TX 77007

Thai Nguyen
2437 South Blvd.
Houston, TX 77098-5116

T-Mobile
P.O. Box 660252
Dallas, TX 75266-0252

~~Thu Binh Si Ho~~
~~ATTN: Tri Nguyen~~
~~9440 Bellaire Blvd, Suite 216~~
~~Houston, TX 77036-4560~~
Address expired

Thu-Binh Si Ho & Hue Phu Ho
1625 Kirby
Houston, TX 77019-3315

~~Time Warner Cable~~
~~P.O. Box 650050~~
~~Dallas, TX 75265-0050~~
Address expired

Texas Workforce Commission
Cashier Department
Austin, TX 78778-0091

Tolunay-Wong Engineers, Inc.
6335 Gulfton, Suite # 100
Houston, TX 77081-1169

Tradition Bank
P.O. Box 40
Bellaire, TX 77402-0040

~~Troy Mills~~
~~6315 B FM1488 #247~~
~~Magnolia TX 77354-2526~~
Address expired

Tullis Thomas
~~Turnkey Concrete~~
~~2718 Colony Park Drive~~
~~Sugar Land, TX 77479-2628~~
Address expired

United Healthcare Insurance Co.
Dept. CH 10151
Palatine, IL 60055-0161

United States Trustee
515 Rusk, Ste 3516
Houston, TX 77002-2604

Universal Forest Products
146 B FM 2793
P.O. Box 1730
New Waverly, TX 77358-1730

Ursulo Miguel Calzada
1066 County Rd. 712
Address expired

Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842-0625

Varma Investments Ltd.
Sanjay Varma
2C West Shady Lane
Houston, TX 77063-1304

Vaught & Vaught, Inc.
P.O. Box 3106
Conroe, TX 77305-3106

Venetian Swimming Pools
5907 Stirring Winds Ln.
Houston, TX 77086

VM Custom Fence
13610 Kaltenbrun
Houston, TX 77086-1518

~~Viatcheslav Abramiants~~
~~310 Gregg~~
~~Houston, TX 77020~~
Address expired

~~Vashon Harrison & Amy Roberts~~
~~334 Gregg~~
~~Houston, TX 77020-6136~~
Address expired

Victor Zemaitia
329 Cage
Houston, TX 77020-6113

Warren G. King
5020 Montrose, Third Floor
Houston, TX 77006

Washington Ho
1625 Kirby Dr.
Houston, TX 77019-3315

Wells Fargo
PO BOX 29704
Phoenix, AZ 85038-9704

Westwater CA, Inc.
P.O. Box 842115
Houston, TX 77284-2115

~~White Cap Construction Supply~~
~~22820 I-45 North~~
~~Spring, TX 77373~~
Address expired

~~Westar Land Surveyors, Inc.~~
~~1610 S. Gordon~~
~~Alvin, TX 77511-3460~~
Address expired

Wilbert Thomas
3407 Brookwood
LaPorte, TX 77571-3731

Wilford  & Dianna Lee
204  Silverwood Ranch
Conroe, TX 77384

~~William Liu~~
~~318 Gregg~~
~~Houston, TX 77020-6136~~
Address expired

Wilford Lee & Dianna Lee
196 Silverwood Ranch
Conroe, TX 77384-4578

William Ellison
18 E. Burberry Circle
The Woodlands, TX 77384

William Marsh Resco
c/o Michael Ecklund
P.O. Box 460188
Undeliverable

Wind Storm Solutions
2303 Nanak Drive
Sugarland, TX 77498

~~Y-Square Structural Engineering~~
~~720 N. Post Oak Rd., Suite 630~~
~~Houston, TX 77024~~
Address expired

Yen Leong
301 Cage
Houston, TX 77020-6113

~~You Lian Le~~
~~312 Grove~~
~~Houston, TX 77020-6026~~
Address expired

~~Zurich North America~~
~~8712 Innovation Way~~
~~Chicago, IL 60682-0087~~
Address expired

6409 Interest LTD
5959 Richmond Ave, Suite 440
Houston, TX 77057-6325

Christopher Kruger
7827A Harms
Houston, TX 77041-2126

Chuck Okoye
2833 Clinton Dr
Houston, TX 77020-8401

Chase Auto Finance
PO Box 78070
Phoenix AZ 85062-8070

Chase Auto Finance
Po box 901032
Ft. Worth, TX 76101-2032

6353 Interests, Ltd.
5959 Richmond, Suite 440
Houston, TX 77057-6325

6409 Interests, Ltd. dba
802 Interests, Ltd.
5959 Richmond, Suite 440
Houston, TX 77057-6325

HHT (1998) Limited
c/o Guy K. Cooksey
Matthews, Lawson, & Bowick, PLLC
2000 Bering, Suite 700
Houston, TX 77057-3776

HHT - FCP Limited 2, LP
c/o Hanszen Laporte
4309 Yoakum Blvd.
Houston, TX 77006-5856

Harris County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

VW Credit
P.O. Box 829009
Dallas, TX 75382-9009

WELLS FARGO BANK, N.A.,
WELLS FARGO AUTO FIN
13675 TECHNOLOGY DR.,
BLDG C, 2ND FLOOR
EDEN PRAIRIE, MN 55344-2252

William G. West, P.C., CPA
12345 Jones Rd. Suite 120
Houston, TX 77070-4958

United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

~~Investors Networks LLC~~
~~Mortgage Banking 4 Investors LLC~~
~~2520 E University Dr Ste 105~~
~~Tempe AZ 85281-3143~~
Address expired

6353 Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056-6131

6409 Interests, Ltd. dba
802 Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056-6131

802 Interests Ltd
5959 Richmond Ave Ste 440
Houston TX 77057-6325

ADT
PO Box 650485
Dallas TX 75265-0485

Almenda/Reed Interest Ltd
5959 Richmond Ave Ste 440
Houston TX 77057-6325

Anthony LaPorte
PO Box 270353
Houston, TX  77277-0353

~~Bernie Kane~~
~~5201 Memorial Dr Ste 219~~
~~Houston TX 77007-8239~~
Address expired

~~Brown and Gay Engineers Inc~~
~~c/o Ted A Cox~~
~~4910 Dacoma St Ste 100~~
~~Houston TX 77092-7738~~
Address expired

Caroline Brown
3115 Noble Lakes Ln
Houston TX 77082-6810

25

Cenlar
Attn: Bankruptcy Department
P.O. Box 77409
Ewing, NJ 08628-6409

Cenlar Federal Savings Bank
c/o Barrett Burke Wilson Castle Daffin
1900 Saint James Pl Ste 500
Houston TX 77056-4125

Chris Parker
831 Merrick Dr
Sugar Land, TX 77478-3743

Chubb Group of Insurance Companies
Douglas Knight & Associates Inc
PO Box 10517
Bradenton FL 34282-0517

City of Houston
Tax Assessor Collector
PO Box 1561
Houston TX 77251-1561

City of Houston Legal Dept
PO Box 1561
Houston TX 77251-1562

City of Houston Water Dept
PO Box 1560
Houston TX 77251-1560

~~Commonwealth Land~~
~~Title Insurance Co.~~
~~7557 Rambler Rd Ste 1200~~
~~Dallas, TX 75231-2388~~
Address expired

D&D Drapery
5000 San Jacinto St
Houston TX 77004-5793

~~Damazo F Vidal~~
~~c/o David A McDougald~~
~~440 Louisiana Street Ste 250~~
~~Houston TX 77002-1661~~
Address expired

Damazo F. Vidal
c/o Lynn Chuang Kramer
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002-2845

~~David A McDougald~~
~~440 Louisiana Street Ste 250~~
~~Houston TX 77002-1661~~
Address expired

David Greenburg
5959 Richmond Ave Ste 440
Houston TX 77057-6325

Devlin & Pignuolo PC
Charles Vernon
PO Box 219129
Houston TX 77218-9129

Directv Llc
Attn Bankruptcies
Po Box 6550
Greenwood Village Co 80155-6550

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Don Sanders
600 Travis St Ste 3100
Houston TX 77002-3072

Don Weir
600 Travis St Ste 3100
Houston TX 77002-3072

Douglas A. Brown
456 Victoria Terrace
Ft. Lauderdale, FL 33301-3756

~~Dueeuce Creative LLC~~
~~c/o Q Tate Willialms~~
~~917 Franklin St Ste 240~~
~~Houston TX 77002-1741~~
Address expired

~~ECAM SECURE~~
~~c/o Reed Cook~~
~~1 Lincoln Center~~
~~5400 LBJ Frwy #102~~
~~Dallas TX 75240~~
Address expired

FCP (1998) Limited
126 Tranquil Park
The Woodlands, Texas 77380

Flooring Services of Texas LP
c/o Susan E Cates
1000 Main St 36 floor
Houston TX 77002-6341

HHT (1998) Limited
3010 Palmer Way
The Woodlands, Texas 77380-4081

Harris County Appraisal
Records Dept
PO Box 920975
Houston TX 77292-0975

Harris County Tax Assessor Collector
PO Box 3547
Houston TX 77253-3547

~~Homeq Servicing~~
~~PO Box 79230~~
~~City of Industry CA 91716-9230~~
Address expired

James D. Salyer
Alan Meinen, Jane Meinen
The Meinen Fami
Morris, Lendais, Hollrah & Snowden
1980 Post Oak Bvd., Suite 700
Houston, TX 77056-3848

James Hammond
3427 Creekstone Dr
Sugar Lane TX 77479-2419

KARALYNN CROMEENS
1413 BRITTMORE ROAD
HOUSTON TX 77043-4005

Katherine Sanders
c/o Don Weir
600 Travis St Ste 3100
Houston TX 77002-3072

LeAnn Kenney
3422 Creekstone
Sugar Land TX 77479-2418

Lecardio Beltran
3307 Cochran St
Houston, TX  77009-6310

MANN AND STEVENS PC
PO BOX 909
BELLAIRE TX 77402-0909

Mary A Daffin
1900 Saint James Place Ste 500
Houston TX 77056-4125

Meinen Family Partnership
3227 Wild River Dr
Richmond TX 77406-8299

~~Melisa Thomas~~
~~c/o Nichamoff & King, P.C.~~
~~6565 West Loop South, Suite 501~~
~~Bellaire, Texas 77401-3505~~
Address expired

Mercedes-Benz Financial
PO Box 685
Roanoke TX 76262-0685

~~Michael Schnakenberg~~
~~15 Greenlaw Court~~
~~Missouri City TX 77489~~
Address expired

~~Mighty Carpet~~
~~8700 Long Point Rd~~
~~Houston, TX  77055-3035~~
Address expired

Muduganti J Reddy
24811 Boulder Lakes Ct
Katy TX 77494-3900

Najmuddin Karimjee, M.D.
and SAIFI, L.L.C.
14511 Linscomb Drive
Houston, TX 77084-1560

Neby Publications Inc
401 Studewood Ste 309
Houston TX 77007-2733
Neimus Marcus
PO Box 729080
Dallas TX 75372-9080

~~Ninfa's Catering~~
~~1205 West Loop N Ste 110~~
~~Houston TX 77055-7255~~
Address expired

Paul Bettencourt
Tax Assessor-Collector
PO Box 4622
Houston TX 77210-4622

~~Pinnacle Title Co LP~~
~~19 Briar Hollow Lane Ste 115~~
~~Houston TX 77027-2826~~
Address expired

Professional Service Industries Inc
c/o Matias Eduardo Garcia
211 RR 620 S Ste 110
Lakeway TX 78734-3966

Richard Simmons US Trustee
515 Rusk Ste 3516
Houston TX 77002-2604

Robert Davis
c/o Raul Suazo
808 Travis St Ste 1800
Houston TX 77002-5718

SER Construction Partners Ltd
c/o Nathan A Steadman
8100 Washington Ave Ste 100
Houston TX 77007-1062

SER Construction Partners, Ltd.
c/o Meyer, Knight & Williams, L.L.P.
8100 Washington Avenue, Suite 1000
Houston, Texas 77007-1059

Sanders 1998 Children's Trust
c/o Don Weir
600 Travis Ste 3100
Houston TX 77002-3072

Sanders Opportunity Fund Inst
c/o Don Weir|600 Travis St Ste 3100
Houston TX 77002-3072

Sanders Opportunity Fund LP
c/o Don Weir|600 Travis Ste 3100
Houston TX 77002-3072

Secretary of the Treasury
15 & Pennsylvania NW
Washington DC 20220-0001

Securities & Exchange Commission
Midwest Regional Office
175 W Jackson Blvd Stop 900
Chicago IL 60604-2815

28

Shek Hui and Suk Hing Hui
c/o Carson T Campbell Jr
PO Box 629
Brenham TX 77834-0629

Spectrum LLP
PO Box 3011
Spring, TX 77383-3011

Texas Comptroller Of Public Accounts
Revenue Accounting Div –
Bankruptcy Section
PO BOX 13528
AUSTIN TX 78711-3528

Texas Employment Commission
Tax Department Bankr Rm 556
101 E 15th Street
Austin TX 78778-1442

Texas Express Plumbing
2634 Bandelier Dr
Houston, TX  77080-3812

Texas Workforce Commission
Regulatory Enforcement Div
101 E 15th Street
Austin TX 78778-0001

The Vidal Group, LLP
c/o Lynn Chuang Kramer
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002-2845

~~Thomas Krauss~~
~~24 Harrison St~~
~~New York NY 10013-3082~~
Address expired

Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499

Thormburg Mortgage
425 Phillips Blvd
Trenton NJ 08618-1430

~~Tim Delgado~~
~~Jason A Itkins~~
~~700 Louisiana Ste 4700~~
~~Houston TX 77002-2773~~
(no new address)

Timothy Delgado
Arnold & Itkin, LLP
1401 McKinney St., Ste 2550
Houston, Tx 77010-4048

~~Transworld Systems~~
~~Liquid Luxury Pools LLC~~
~~PO Box 1864~~
~~Santa Rosa CA 95402-1864~~
Address expired

Travlers Remittance Center
Momentum Jagura Volvo PO
One Tower Square
Hartford, CT 06183-1001

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Attorney
1000 Louisiana St. Ste. 2300
Houston, Texas
US Trustee
Office of the US Trustee
515 Rusk Ave Ste 3516
Houston, TX 77002-2604

United States Trustee
515 Rusk, Ste. 3516
Houston, TX 77002-2604

Vincent Galeoto
8134 Sun Terrace Lane
Houston, TX 77095-4958

~~Volkswagen Credit~~
~~PO Box 60144~~
~~City of Industry CA 91716-0144~~
Address expired

Wells Fargo Bank NA
PO Box 29704
Phoenix AZ 85038-9704

eCAST Settlement Corp
Assignee of HSBC Bank Nevada
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

Alan Meinen
3227 Wild River
Richmond, TX 77406-8299

~~Douglas A. Brown~~
~~710 Bayshore #101~~
~~Ft Lauderdale, FL 33304-3918~~
Address expired

Hans Truong, MD
c/o Guy K. Cooksey
Matthews, Lawson, & Bowick, PLLC
2000 Bering, Suite 700
Houston, TX 77057-3776

J Craig Cowgill
Attorney at Law
1219 Emerald Green Lane
Houston, TX 77094-3008

~~James P Smith~~
~~James P Smith & Associates, PC~~
~~16511 Hedgecroft Suite 208~~
~~Houston, TX 77060-3622~~
Address expired

Janet S Casciato-Northrup
Hughes Watters and Askanase
333 Clay 29th Floor
Houston, TX 77002-2571

Shek Hui
3001 Cochise St.
College Station, TX 77845-6529

Thai Pham Nguyen
c/o Ben R King
1631 Dunlavy
Houston, TX 77006-1007