

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/04/2014

| | | |
|---|---|---|
| IN RE: § § | | |
| JULIET HOMES, LP, § § | Case No. 07-36424-H1-7 | |
| Debtor § § | (Chapter 7) | |
| _____§ | | |
| § | | |
| IN RE: § § | | |
| JULIET GP, LLC, § § | Case No. 07-36426-H1-7 | |
| Debtor § § | (Chapter 7) | |
| _____§ | | |
| § | | |
| IN RE: § § | | |
| DOUGLAS A. BROWN, § § | Case No. 07-36422-H1-7 | |
| Debtor § § | (Chapter 7) | |
| _____§ | | |

**ORDER GRANTING TRUSTEES' FOURTH MOTION
FOR APPROVAL OF COMPROMISE
AND SETTLEMENT AGREEMENTS**

CAME ON FOR CONSIDERATION the Trustees' Fourth Motion for Approval of Compromise and Settlement Agreements with (i) David Greenberg and Greenberg & Co., (ii) Muduganti J. Reddy, (iii) Richard Robert, (iv) Vincent Galeoto and Janvin Corp., (v) Thai Nguyen, (vi) Mir Azizi, (vii) Shreyaskumar Patel, (viii) Michael Ecklund, James Crable, Marquis Capital II Westcott, LP d/b/a/ Marquis Capital II, LLC and William Marsh Resco I, LP, (ix) Washington Ho, Binh Ho, and Hue Ho, (x) Malladi Reddy, (xi) Warren King, (xii) Joanna Gober, (xiii) Edward O'Hair and Ashley O'Hair, (xiv) Carolee Taylor, (xv) Eric Putnam, (xvi) Melissa Thomas, (xvii) Ray Lindgren, and (xviii) Anthony Fitzpatrick  (collectively, the "Settling Defendants").

It appearing that notice of the Motion to Compromise was properly served on all necessary parties; and with judicial notice taken of the record and proceedings that have been ongoing in the main Bankruptcy Cases and in the Adversary Proceedings referenced in the Motion to Compromise, the Court FINDS that (i) the relief requested in the Motion and the terms of the settlement agreements are fair and equitable based on the Court's consideration of the probability, or lack thereof, of success by the Trustees in the Adversary Proceedings; the complexity of the Adversary Proceedings; the expense, inconvenience and delay necessarily attending the Adversary Proceedings; the outcome and ultimate disposition of the Adversary Proceedings; the interests of the Estates and their creditors; and the deference accorded to the views of the Trustees as expressed in the Motion and the Settlement Agreements; and (ii) good cause exists to grant the relief sought in the Motion to Compromise. It is therefore

ORDERED, that the Trustees' Fourth Motion to Compromise with the Settling Defendants is granted, and the Settlement Agreements attached to the Motion are approved as to their terms. It is further

ORDERED, that 5803 Richmond, Ltd. does not waive or release any claims it has against Douglas A. Brown personally.

Signed:
    September 04, 2014

_____
Marvin Isgur
United States Bankruptcy Judge