IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JULIET HOMES, LP, | § | Case No. 07-36424-H1-7 |
| | § | (Chapter 7) |
| Debtor | § | |
| | § | |
| IN RE: | § | |
| | § | |
| JULIET GP, LLC, | § | Case No. 07-36426-H1-7 |
| | § | (Chapter 7) |
| Debtor | § | |
| | § | |
| IN RE: | § | |
| | § | |
| DOUGLAS A. BROWN, | § | Case No. 07-36422-H1-7 |
| | § | (Chapter 7) |
| Debtor | § | |

**TRUSTEES' FIFTH MOTION FOR APPROVAL OF COMPROMISE
AND SETTLEMENT AGREEMENTS BETWEEN
TRUSTEES AND BROWN DEFENDANTS**

<u>NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013(b)</u>

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

- 2 -

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

COME NOW Joseph M. Hill, Trustee ("Juliet Trustee") of the bankruptcy estates of Juliet Homes, LP and Juliet GP, LLC ("Juliet Debtors" or "Juliet") and Janet S. Northrup, Trustee as Successor Trustee ("Brown Trustee") of the bankruptcy estate of Douglas A. Brown ("Doug Brown"), seeking approval to compromise and settle various causes of action and claims with Defendants (i) Doug Brown, (ii) Erica Zemaitis Brown, and (iii) Victor Zemaitis (collectively, the "Brown Defendants"), showing as follows:

## I.  RELIEF REQUESTED

1. Pursuant to Federal Rule of Bankruptcy Procedure 9019, the Juliet Trustee and Brown Trustee (collectively, "Trustees") request approval of their settlements and compromises of controversy with the Brown Defendants.  While the Brown Defendants have agreed to the proposed compromises, the factual recitations set forth herein are solely those of the Trustees and are not necessarily agreed to by the Brown Defendants.

## II.  PROCEDURAL BACKGROUND

2. On September 20, 2007, an involuntary petition for relief was filed under Chapter 7 of the United States Bankruptcy Code against each of the Juliet Debtors.  On the same date, an involuntary petition for relief was filed under Chapter 7 of the United States Bankruptcy Code against Brown.

3. On October 19, 2007, the Juliet Debtors and Brown consented to the entry of an order for relief and converted their cases to Chapter 11.  On October 31, 2007, the Bankruptcy Court entered Orders for Relief in the Juliet Debtors' and Brown's bankruptcy cases (together, the "Bankruptcy Cases").

- 2 -

4. The Juliet Trustee was subsequently appointed as Chapter 11 Trustee. At the request of the Juliet Trustee, the Juliet Debtors' cases were converted to Chapter 7 cases.

5. On December 5, 2007, Doug Brown moved to convert his case to Chapter 7, and on December 19, 2007, the Bankruptcy Court converted Brown's case to Chapter 7. Thereafter, the Brown Trustee was appointed Successor Trustee of Brown's Chapter 7 estate.

6. Doug Brown waived his discharge on January 14, 2009, which waiver was accepted by this Court by order entered on February 25, 2009.

7. Trustees commenced multiple Adversary Proceedings based on allegations that the Juliet Debtors and the Brown Defendants were engaged in a Ponzi scheme in which certain insiders, investors and/or partners received funds that Trustees are entitled to recover pursuant to federal and state law. These Adversary Proceedings include:

- Adv. No. 09-3429, Joseph M. Hill, Trustee et al. v. Alex Oria, et al.
- Adv. No. 09-3432, W. Steve Smith, Trustee et al. v. Douglas Allen Brown, et al.
- Adv. No. 09-3433, W. Steve Smith, Trustee et al. v. Douglas Allen Brown, et al.
- Adv. No. 09-3434, W. Steve Smith, Trustee et al. v. Douglas Allen Brown, et al.
- Adv. No. 09-3435, W. Steve Smith, Trustee et al. v. Eric Putnam, et al.
- Adv. No. 09-3436, W. Steve Smith, Trustee et al. v. Eric Putnam, et al.
- Adv. No. 09-3437, W. Steve Smith, Trustee et al. v. Eric Putnam, et al.
- Adv. No. 09-3438, W. Steve Smith, Trustee v. Lawrence H. Ramming, et al.
- Adv. No. 09-3439, W. Steve Smith, Trustee v. Lawrence H. Ramming, et al.
- Adv. No. 09-3440, W. Steve Smith, Trustee v. Lawrence H. Ramming, et al.
- Adv. No. 09-3441, Joseph M. Hill, Trustee et al. v. Alex Oria, et al.
- Adv. No. 09-3442, Joseph M. Hill, Trustee et al. v. Alex Oria, et al.
- Adv. No. 09-3443, Joseph M. Hill, Trustee et al. v. Alex Oria, et al.
- Civil Action No. H-12-840, Joseph M. Hill, Trustee, et al. v. Alex Oria, et al.[1]

(collectively, the "Adversary Proceedings"). The Adversary Proceedings were consolidated and

---

[1] Adv. Nos. 09-3429, 09-3432, 09-3433, 09-3434, 09-3435, 09-3436, 09-3437, 09-3438, 09-3439, 09-3440, 09-3441, and 09-3442 were consolidated into Adv. No. 09-3429. On March 12, 2012, this Court stated its intention to recommend that the reference from the District Court be withdrawn in Adv. No. 09-3429 and later issued a certification to the District Court on January 28, 2014. Civil Action No. H-12-840 is the District Court suit that resulted from the withdrawal of the reference.

- 3 –

the reference of them withdrawn to the U.S. District Court, thereby initiating Civil Action No. H-12-840, *Joseph M. Hill, Trustee, et al. v. Alex Oria, et al.*, which is pending before the Honorable Sim Lake.  Reference to the "Adversary Proceedings" in this Motion includes Civil Action No. H-12-840 wherever the context requires.

7. The Brown Defendants were named defendants in one or more of the adversary proceedings.  After mediation and Trustees' review of financial information provided, Trustees have entered into a settlement agreement with Doug Brown, Erica Zemaitis Brown, and Victor Zemaitis as described more particularly below.

### III.  PROPOSED SETTLEMENT

8. Douglas Brown and his business partner, Bernie Kane, were the persons primarily responsible for the operation of Juliet Homes and its affiliated companies from their inception through the entry of orders for relief in the three captioned bankruptcy cases.  Erica Zemaitis Brown is now the wife of Doug Brown and is alleged to have been his girlfriend during part of this time.  Victor Zemaitis is the father of Erica Brown.

9. The Trustees filed identical complaints against Doug and Erica Brown in each of the three bankruptcy cases, thereby commencing Adversary Proceedings Numbers 09-03432, 09-03433, and 09-03434.  Trustees also commenced Adversary Proceedings Numbers 09-03435, 09-03436, and 09-03437 against Victor Zemaitis by filing the same complaint in each of the three bankruptcy cases.  Trustees' allegations against Doug and Erica Brown and against Victor Zemaitis are set forth in detail in the complaints filed in those proceedings, which are incorporated by reference into this motion and may be reviewed for additional detail.  By way of summary, in those and the other Adversary Proceedings, Trustees alleged that Douglas Brown used the Juliet Homes entities and their affiliated companies as sources of money for his personal

use to fund a lavish lifestyle, including luxury cars and homes. Juliet Homes was funded in part by private investors who made capital contributions into multiple partnerships or joint ventures with the promise of the return of their investment plus "profits" from the construction of the real estate project for which the capital was provided. Trustees alleged that Doug Brown directed the transfer of funds to pay some of his "preferred investors" who invested millions of dollars in Juliet Homes projects that were not profitable and that the source of payment for such funds was new investors' money from other projects. In short, the Trustees alleged that Doug Brown helped orchestrate a Ponzi scheme that could not sustain the enormous transfers made and that collapsed with the subprime market in 2007.

10. Trustees also alleged that Doug Brown orchestrated the transfer of title of funds and real estate to Erica Brown and to Victor Zemaitis, sometimes as "straw buyers" who became record owners of properties using Juliet Homes or Doug Brown's funds and with the intention of selling the properties back to Juliet Homes when real buyers became available. Trustees' complaints also recite that Erica Brown received unearned commissions from property sales.

11. In the adversary proceedings against Victor Zemaitis, Trustees alleged that Zemaitis acted as a "straw buyer" for Juliet Homes and received transfers of no less than $25,000 that are avoidable as preferences, fraudulent conveyances, or under an unjust enrichment theory.

12. Following protracted litigation with the Brown Defendants and others, and after having been ordered to mediation by U.S. District Judge Sim Lake, the Brown Defendants and the Trustees began settlement negotiations in May 2014 with the assistance of the mediator. Trustees requested and received financial information from Doug and Erica Brown and, after evaluation of that information, agreed to a settlement by which Doug Brown would enter into an agreed judgment in the principal amount of $2.5 million and the Trustees' claims against Erica

Brown and Victor Zemaitis would be dismissed. The terms of the settlement are set forth more fully in the settlement agreement attached **Exhibit 1** and incorporated by reference as if fully set forth herein. The proposed agreed judgment is attached to Exhibit 1. In summary, the settlement provides that Trustees may submit for the Court's entry the agreed judgment and obtain the dismissal of Erica Brown and Victor Zemaitis. Trustees have agreed to accept $1.5 million in full satisfaction of the judgment if Doug Brown delivers good funds to the Trustees within one year of the entry date of the judgment. Other than the obligations contained within the settlement agreement and as detailed in the settlement agreement, the parties release each other of claims.

13. Trustees seek approval of their compromise with the Brown Defendants as fair and equitable to the estates and their creditors and pursuant to the factors set forth in *Protective Committee For Independent Stockholders of TMT Trailer Ferry, Inc. v. Anderson,* 390 U.S. 414 (1968) is as follows:

(a) <u>Probability of success in litigation, with consideration given to the uncertainty in fact and in law.</u> The settlement with Doug Brown and his entry into an agreed judgment ensures success for the Trustees. The settlement results in not only a liquidated judgment of $2.5 million plus prejudgment interest against Doug Brown, but also Doug Brown's agreement that the judgment is non-dischargeable in any subsequent bankruptcy. Trustees believe that they could prevail in prosecution of their claims against Doug Brown, Erica Brown, and Victor Zemaitis if the claims were tried.

(b) <u>Complexity, expense and likely duration of litigation.</u> If not for the settlement with the Brown Defendants, this litigation would no doubt require more than two weeks of a trial and hundreds of hours of preparation as well as attendant expense for briefing, expert preparation

and testimony, and related trial expenses. The evidence presented would be complex and require the tracing of hundreds of transfers from the accounts of Juliet Homes and its affiliates to the three Brown Defendants. Following the withdrawal of the reference and this Court's certification of the case as ready for trial, U.S. District Judge Sim Lake conducted a scheduling conference and ordered the parties to mediation. Judge Lake recently scheduled trial to commence in early January 2015. Resolution of the dispute with the Brown Defendants, if not for the settlement, will therefore not occur until some time in 2015 and then possibly be subject to appeals following that. The settlement with the Brown Defendants expedites the resolution of one of the biggest claims in the Adversary Proceedings and avoids the expenditure of limited estate resources for trial expenses.

(c)   Other factors relevant to a full and fair assessment of the wisdom of the proposed compromise. The settlement with the Brown Defendants provides a certain judgment against Doug Brown and his agreement and judgment that provides that the judgment is not dischargeable in any subsequent bankruptcy. Brown and his wife Erica purport to be judgment-proof, and their sworn affidavits of financial condition provided to the Trustees support their claim of an inability to pay a judgment at this time. Trustees' claims against Victor Zemaitis may be limited to $25,000 based upon the complaints filed against him. Zemaitis is currently undergoing cancer treatment in Florida, where he resides. Any judgment against Victor Zemaitis, as with Doug and Erica Brown, would be subject to execution in Florida, where they also reside. Given the apparent lack of assets of Doug and Erica Brown to satisfy a larger judgment, the time and expense associated with a trial and possible appeal to attempt to obtain (i) a larger judgment than $2.5 million against Doug Brown, (ii) at most a $25,000 judgment against Victor Zemaitis, and (iii) a judgment in a to-be-liquidated amount against Erica Brown, the

HOULITIGATION:1389176.1

Trustees' considered opinion is that the $2.5 million judgment against Doug Brown and the release of Erica Brown and Victor Zemaitis are in the best interests of the estates and their creditors.

### IV.  PRAYER

14. For all the reasons set forth above, Trustees believe that the proposed settlement agreements are in the best interests of the estates and their creditors.  Trustees respectfully request that the Court grant this motion and enter an order approving the compromises.  Trustees respectfully request all other relief to which they are justly entitled.

Date: September 30, 2014

Respectfully submitted,

*/s/ Susan H. Jacks*
Susan Hardie Jacks
Attorney-in-Charge
State Bar No. 08957600
S.D. Texas I.D. No. 4192
susanjacks@mehaffyweber.com
500 Dallas, Suite 1200
Houston, Texas 77002
Phone: (713) 655-1200
Fax: (713) 655-0222

ATTORNEYS FOR JOSEPH M. HILL, TRUSTEE
and JANET S. NORTHRUP, TRUSTEE

OF COUNSEL:
MEHAFFY WEBER, P.C.
Jeremy R. Stone
State Bar No. 24013577
S.D. Texas I.D. No. 27060
jeremystone@mehaffyweber.com
500 Dallas, Suite 1200
Houston, Texas 77002
Phone: (713) 655-1200
Fax: (713) 655-0222

# CERTIFICATE OF SERVICE

I certify that on the 1st day of October, 2014, a true and correct copy of this Motion was served by first class mail or ECF on (i) the United States Trustee, (ii) the IRS, (iii) the Chapter 7 Trustees, (iv) Debtors' counsel, (v) the 20 largest unsecured creditors of each Debtor, and (vi) all persons who filed notices of appearance, all of whom are identified on the attached list. Notice of the filing of this motion was served on all creditors as set forth more fully in the Notice filed contemporaneously with this Motion.

*/s/ Susan H. Jacks*
Susan H. Jacks

**Debtors**

Douglas A. Brown
710 Bayshore, #101
Ft Lauderdale, FL 33304

Juliet Homes, LP
5225 Katy Freeway, Suite 605
Houston, Texas 77008

Juliet GP, LLC
720 Rusk St., 2nd Floor
Houston, TX 77002

**Debtors' Counsel**

J Craig Cowgill
J. Craig Cowgill & Associates, P.C.
8100 Washington, Suite 120
Houston, TX. 77007

**Chapter 7 Trustees**

Janet S Casciato-Northrup
Hughes Watters and Askanase
333 Clay, 29th Floor
Houston, TX 77002

Joseph M Hill
Cage Hill and Niehaus LLP
5851 San Felipe, Suite 950
Houston, TX 77057

**U.S. Trustee**

Hector Duran
U.S. Trustee
515 Rusk, Ste 3516
Houston, Texas 77002

Ellen Maresh Hickman
Office of the U S Trustee
515 Rusk St, Ste 3516
Houston, TX 77002

Nancy Lynne Holley
U S Trustee
515 Rusk St, Ste 3516
Houston, TX 77002

Diane G Livingstone
Office of U S Trustee
515 Rusk St, Ste 3516
Houston, TX 77002

**IRS**

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia Pa 19101-7346

- 9 –

**Parties Requesting Notice (All 3 Debtors)**

Ronald J. Sommers
Jennifer Lynn-Soon Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, Texas 77056

Steven A. Leyh
Leyh & Payne, LLP
1616 S. Voss Rd., Ste. 125
Houston, Texas 77056

Joshua Morris Harrison
Goodwin and Harrison
PO Box 8278
The Woodlands, Texas 77387-8278

Susan E. Cates
Joshua W. Wolfshohl
Porter & Hedges, LLP
1000 Main St., 36th Fl.
Houston, Texas 77002

Chuck I. Okoye
2833 Clinton Dr.
Houston, Texas 77020

Anthony Laurent LaPorte
Hanszen • LaPorte
PO Box 240353
4309 Yoakum St.
Houston, Texas 77277-9444

Steve Shurn
Hughes, Watters & Askanase, LLP
333 Clay St., 29th Floor
Houston, Texas 77002

James Landon
Hughes & Luce, LLP
111 Congress, #900
Austin, Texas 78701

Guy K. Cooksey
Matthews, Lawson & Bowick, PLLC
2000 Bering Dr., Ste. 700
Houston, Texas 77057

Harris County
c/o John P. Dillman
PO Box 3064
Houston, Texas 77253-3064

William S. Chesney, III
Frank, Elmore, Lievens, Chesney & Turet, LLP
808 Travis St., Ste 2600
Houston, TX 77002

Montgomery County
c/o John P. Dillman
PO Box 3064
Houston, Texas 77253-3064

Melanie D. Bragg
Law & Mediation Offices
4801 Woodway, Suite 320W
Houston, Texas 77056

Q. Tate Williams
Attorney at Law
917 Franklin, Suite 240
Houston, Texas 77002

J. Daniel Woodall
Gauntt, Earl & Binney, LLP
1400 Woodloch Forest Dr., Ste. 575
The Woodlands, Texas 78730

Brian D. Womac
Womac & Assoc.
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, Texas 77024

Carl O. Sandin
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Ste. 600
Houston, Texas 77008

John Manicom
12591 Research, Ste. 101
Austin, Texas 78759

J Craig Cowgill
J. Craig Cowgill & Associates, P.C.
8100 Washington, Suite 120
Houston, TX. 77007

Bennett G Fisher
Fisher and Associates PC
909 Fannin St, Ste 1800
Houston, TX 77010

Blanche Duett Smith
McFall Breitbeil & Smith
1331 Lamar Street, Suite 1250
Houston, TX 77010-3027

Wayne Kitchens
Hughes Watters Askanase LLP
333 Clay St, 29 Fl
Houston, TX 77002

James D. Salyer
Morris, Lendais, Hollrah & Snowden
1980 Post Oak Boulevard, Suite 700

- 11 –

Houston, Texas 77056

Timothy A. Million
Munsch Hardt Kopf & Harr, PC
Bank of America Center
700 Louisiana, 46th Floor
Houston, TX 77002

Randall A. Rios
Munsch Hardt Kopf & Harr,
PC Bank of America Center
700 Louisiana, 46th Floor
Houston, TX 77002

Geoffrey H. Bracken
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5011

June A. Mann
Mann & Stevens, P.C.
550 Westcott Street, Suite 560
Houston, Texas 77007

Ben R. King
Ike Exezidis
King & Exezidis, Attorneys At Law
1631 Dunlavy
Houston, TX 77006

Pat B. Fossett, Esq.
614 Moray Place
Corpus Christi, TX 78411

R. Christopher Naylor
Kathryn L. Buza
Devlin, Naylor & Turbyfill, P.L.L.C.
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805

David A. McDougald
Grosz & Associates, P.C.
440 Louisiana St. Ste 250
Houston, Texas 77002

Mary A. Daffin
Barrett Burke Wilson
Castle Daffin & Frappier, L.L.P.
1900 St. James Place, Suite 500
Houston, Texas 77056

John P Dillman
Linebarger Goggan Blaire & Sampson
1301 Travis Street, Suite 300
Houston, TX 77002

Internal Revenue Services
Centralized Insolvency Ops
1919 Smith St Stop 5022 HOU
Special Procedure
Houston TX 77002

Dominique M. Varner
Hughes Watters Askanase, L.L.P.
3 Allen Center, 29th Floor 333 Clay
Houston, TX 77002

G. James Landon
Hughes & Luce, LLP
111 Congress, Suite 900
Austin, Texas 78701

HHT - FCP Limited 4, LP
c/o Hanszen Laporte
4309 Yoakum Blvd.
Houston, TX 77006-5856

David Allen McDougald
Grosz & Associates
440 Louisiana Street, Suite 250
Houston, Texas 77002

Michael S. Margolf
Moss Codilis, L.L.P.
P.O. Box 77409
Ewing, NJ 08618

**20 Largest Unsecured Creditors
(Douglas A. Brown)**

5803 Richmond, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

6409 Interests, Ltd. dba 802 Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

6353 Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

Karalynn Cromeens
1413 Brittmore Road
Houston TX 77043

Cenlar
Attn: Bankruptcy Department
P.O. Box 77409
Ewing, NJ 08618

HHT (1998) Limited
3010 Palmer Way
The Woodlands, Texas 77380

Timothy Delgado
Arnold & Itkin, LLP
1401 McKinney St., Ste 2550
Houston, TX 77010

Spectrum LLP
PO Box 3011
Spring, TX 77373-3011

Vincent Galeoto
8134 Sun Terrace Lane
Houston, TX 77095
Meinen Family Partnership
3227 Wild River Dr
Richmond TX 77469-8299

Raj Rangwani
3934 FM 1960 Rd W Ste 210
Houston TX 77068-3544

SER Construction Partners, Ltd.
c/o Meyer, Knight & Williams, L.L.P.
8100 Washington Avenue, Suite 1000
Houston, Texas 77007

LeAnn Kenney
3422 Creekstone
Sugar Land TX 77479-2418

Melisa Thomas
c/o Nichamoff & King, P.C.
6565 West Loop South, Suite 501
Bellaire, TX 77401

FCP (1998) Limited
126 Tranquil Park
The Woodlands, TX 77380

Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, TX 77002

Najmuddin Karimjee, M.D.
and SAIFI, L.L.C.
14511 Linscomb Drive
Houston, TX 77084

U.S. Bank N.A.
Bankruptcy Department
P.O. Box 5229
Cincinnati, OH 45201

Advanced Appliances
2101 N Main St
Pearland, TX 77581-3309

Chase Auto Finance
PO Box 901032
Ft. Worth, TX 76101-2032

**20 Largest Unsecured Creditors (Juliet Homes, LP)**

5803 Richmond, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

Almeda/Reed Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

6353 Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

TMCM Real Properties, LLC
(Tullis Thomas)
Tullis Thomas
3109 Nantucket Ct.
Pearland, TX 77584

Thu Binh Si Ho
ATTN: Tri Nguyen
9440 Bellaire Blvd, Suite 216
Houston, TX 77036

Bruce A Nickel
P.O. Box 396
Barker TX 77413

Michael Schnakenberg
15 Greenlaw Ct
Sugar Land TX 77479

FCP (1998) Limited
126 Tranquil Park
The Woodlands, Texas 77380

HHT (1998) Limited
3010 Palmer Way
Houston, TX 77380

Dave Perkins
c/o Marjorie Payne Britt
Britt & Catrett, PC
4615 S. W. Fwy., Suite 500
Houston, TX 77027

Najmuddin Karimjee, M.D. and SAIFI, LLC
14511 Linscomb Drive
Houston, TX 77084

Spectrum L.L.P
Po Box 3011
Spring, TX 77373

LH Ramming, Trustee
50 Briar Hollow Lane
Suite 210- East Bldg.
Houston, TX 77027

Arcoa Capital Partners
Larry Ramming, Trustee
50 Briar Hollow Lane
Suite 210- East Bldg.
Houston, TX 77027

Arcoa Funding LLC
50 Briarhollow Suite 210 East
Houston, TX 77027-9300

Thu-Binh Si Ho & Hue Phu Ho
1625 Kirby
Houston, TX 77019

- 14 –

Bruce A Nickel
P.O. Box 396
Barker TX 77413

Joon Rhee
5114 Lillian St.
Houston, TX 77007

Muduganti J. Reddy
c/o Warren King
5020 Montrose, Third Floor
Houston, TX 77006

Meinen Family Partnership
3227 Wild River
Richmond, TX 77469

Michael Schnakenberg
15 Greenlaw Court
Sugar Land, TX 77479

SER Construction Partners, Inc.
P.O. Box 891145
Houston, TX 77289

Suarez Construction Group, LLC
505 N. Sam Houston Pkwy E. #265
Houston, TX 77060

**20 Largest Unsecured Creditors (Juliet GP, LLC)**

Almeda/Reed Interests, Ltd.
c/o Jennifer L. Haluptzok
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

6353 Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

HHT (1998) Limited
3010 Palmer Way
The Woodlands, Texas 77380

Najmuddin Karimjee, M.D. and SAIFI, LLC
14511 Linscomb Drive
Houston, TX 77084
Vincent Galeoto
8134 Sun Terrace Lane
Houston, TX 77095

FCP (1998) Limited
126 Tranquil Park
The Woodlands, Texas 77380

5803 Richmond LTD
c/o Andrew McCormick
5909 West Loop S Ste 550
Bellaire, TX 77401-2402

Dr. Cliff Atwood
3027 Poe Dr.
Montgomery, TX 7356-5543

Jeanette Kew
PO Box 525212
Flushing, NY 11352-5212

Flooring Services of Texas LP
c/o Susan E. Cates
1000 Main St. 36th FL
Houston, TX 77002-6336

Raj Rangwani
3934 FM 1960 Rd W Ste 210
Houston, TX 77068-3544

Robert Davis
c/o Raul Suazo
808 Travis St Ste 1800
Houston, TX 77002-5718

SER Construction Partners, Ltd.
c/o Nathan A. Steadman
8100 Washington Ave Ste 100

Houston, TX 77007-1062

Turnkey Concrete
2718 Colony Park Drive
Sugarland, TX 77479

Cornerstone Electric Company
1047 E. Hufsmith Rd.
Tomball, TX 77375

J & LA Plumbing Co.
6832 Lindbergh St.
Houston, TX 77087

First Horizon Construction Lending
Construction Loan Admin.
1250 Wood Branch Park Dr., Suite 600-CC
#7546
Houston, TX 77079

Entergy
PO Box 8104
Baton rouge, LA 70891-8104

Sutherland Asbill & Brennan, LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004-2415

Texas Drywall
1505 Aldine Bender
Houston, TX 77032