**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **JULIET HOMES, LP,** | § | **Case No. 07-36424-H1-7** |
| Debtor | § | (Chapter 7) |
| _____ | § | |
| | § | |
| **IN RE:** | § | |
| | § | |
| **JULIET GP, LLC,** | § | **Case No. 07-36426-H1-7** |
| Debtor | § | (Chapter 7) |
| _____ | § | |
| | § | |
| **IN RE:** | § | |
| | § | |
| **DOUGLAS A. BROWN,** | § | **Case No. 07-36422-H1-7** |
| Debtor | § | (Chapter 7) |
| _____ | § | |

**NOTICE OF FILING OF**
**MEHAFFY WEBER, P.C.'S AND JOSEPH F. ARCHER, P.C.'S**
**FOURTH INTERIM APPLICATION FOR COMPENSATION AND FOR**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**SEPTEMBER 1, 2014 THROUGH NOVEMBER 14, 2014**

---

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013(b)**

THE APPLICATION REFERENCED IN THIS NOTICE SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

---

PLEASE TAKE NOTICE THAT MehaffyWeber, P.C. and Joseph F. Archer, P.C. (collectively, Special Counsel) filed on November 19, 2014 their Fourth Interim Application for allowance of compensation and reimbursement of expenses for the period from September 1, 2014, through November 14, 2014 (the Application Period). Special Counsel seek an order approving the payment of fees in the amount of $59,854.91 and the reimbursement of expenses totaling $362.72.

A copy of the Fourth Interim Application is available upon request.

Date: November 19, 2014                    Respectfully submitted,

                                           */s/ Jeremy R. Stone*
                                           Jeremy R. Stone
                                           Attorney-in-Charge
                                           State Bar No. 24013577
                                           S.D. Texas I.D. No. 27060
                                           jeremystone@mehaffyweber.com
                                           500 Dallas, Suite 1200
                                           Houston, Texas 77002
                                           Phone: (713) 655-1200
                                           Fax: (713) 655-0222

                                           ATTORNEYS FOR JOSEPH M. HILL, TRUSTEE
                                           and JANET S. NORTHRUP, TRUSTEE


## CERTIFICATE OF SERVICE

I certify that on the 19th day of November, 2014, a true and correct copy of this Notice was served by the method indicated on (i) the United States Trustee, (ii) the IRS, (iii) the Chapter 7 Trustees, (iv) Debtors' counsel, (v) all creditors of the estate, and (vi) all persons who have filed notices of appearance, all of whom are set forth in the attached list.

                                           */s/ Jeremy R. Stone*
                                           Jeremy R. Stone

**Debtors' Counsel**
J Craig Cowgill (ECF)
J. Craig Cowgill & Associates, P.C.
8100 Washington, Suite 120
Houston, TX. 77007

**Chapter 7 Trustees**
Janet S Casciato-Northrup (ECF)
Hughes Watters and Askanase
333 Clay, 29th Floor
Houston, TX 77002

Joseph M Hill (ECF)
Cage Hill and Niehaus LLP
5851 San Felipe, Suite 950
Houston, TX 77057

**U.S. Trustee**
Hector Duran (ECF)
U.S. Trustee
515 Rusk, Ste 3516
Houston, Texas 77002

Ellen Maresh Hickman (ECF)
Office of the U S Trustee
515 Rusk St, Ste 3516
Houston, TX 77002

Nancy Lynne Holley (ECF)
U S Trustee
515 Rusk St, Ste 3516
Houston, TX 77002

Diane G Livingstone (ECF)
Office of U S Trustee
515 Rusk St, Ste 3516
Houston, TX 77002

**IRS**
Internal Revenue Service (mail)
Centralized Insolvency Operations
PO Box 7346
Philadelphia Pa 19101-7346

**Parties Requesting Notice (All 3 Debtors)**

Ronald J. Sommers (ECF)
Jennifer Lynn-Soon Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, Texas 77056

Steven A. Leyh (ECF)
Leyh & Payne, LLP
1616 S. Voss Rd., Ste. 125
Houston, Texas 77056

Joshua Morris Harrison (ECF)
Goodwin and Harrison
PO Box 8278
The Woodlands, Texas 77387-8278

Susan E. Cates (ECF)
Joshua W. Wolfshohl
Porter & Hedges, LLP
1000 Main St., 36th Fl.
Houston, Texas 77002

Chuck I. Okoye (mail)
2833 Clinton Dr.
Houston, Texas 77020

Anthony Laurent LaPorte (ECF)
Hanszen • LaPorte
PO Box 240353
4309 Yoakum St.
Houston, Texas 77277-9444

Steve Shurn (ECF)
Hughes, Watters & Askanase, LLP
333 Clay St., 29th Floor
Houston, Texas 77002

James Landon (ECF)
Hughes & Luce, LLP
111 Congress, #900
Austin, Texas 78701

HOULITIGATION:1396083.1

Guy K. Cooksey (ECF)
Matthews, Lawson & Bowick, PLLC
2000 Bering Dr., Ste. 700
Houston, Texas 77057

Harris County (ECF)
c/o John P. Dillman
PO Box 3064
Houston, Texas 77253-3064

William S. Chesney, III (ECF)
Frank, Elmore, Lievens, Chesney &
Turet, LLP
808 Travis St., Ste 2600
Houston, TX 77002

Montgomery County (ECF)
c/o John P. Dillman
PO Box 3064
Houston, Texas 77253-3064

Melanie D. Bragg (ECF)
Law & Mediation Offices
4801 Woodway, Suite 320W
Houston, Texas 77056

Q. Tate Williams (ECF)
Attorney at Law
917 Franklin, Suite 240
Houston, Texas 77002

J. Daniel Woodall (ECF)
Gauntt, Earl & Binney, LLP
1400 Woodloch Forest Dr., Ste. 575
The Woodlands, Texas 78730

Brian D. Womac (ECF)
Womac & Assoc.
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, Texas 77024

Carl O. Sandin (ECF)
Perdue, Brandon, Fielder, Collins
& Mott, LLP
1235 North Loop West, Ste. 600
Houston, Texas 77008

John Manicom (ECF)
12591 Research, Ste. 101
Austin, Texas 78759

J Craig Cowgill (ECF)
J. Craig Cowgill & Associates, P.C.
8100 Washington, Suite 120
Houston, TX. 77007

Bennett G Fisher (ECF)
Fisher and Associates PC
909 Fannin St, Ste 1800
Houston, TX 77010

Blanche Duett Smith (ECF)
McFall Breitbeil & Smith
1331 Lamar Street, Suite 1250
Houston, TX 77010-3027

Wayne Kitchens (ECF)
Hughes Watters Askanase LLP
333 Clay St, 29 Fl
Houston, TX 77002

James D. Salyer (ECF)
Morris, Lendais, Hollrah & Snowden
1980 Post Oak Boulevard, Suite 700
Houston, Texas 77056

Timothy A. Million (ECF)
Munsch Hardt Kopf & Harr, PC
Bank of America Center
700 Louisiana, 46th Floor
Houston, TX 77002

Randall A. Rios (ECF)
Munsch Hardt Kopf & Harr,
PC Bank of America Center
700 Louisiana, 46th Floor
Houston, TX 77002

Geoffrey H. Bracken (ECF)
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5011

June A. Mann (ECF)
Mann & Stevens, P.C.
550 Westcott Street, Suite 560
Houston, Texas 77007

Ben R. King (ECF)
Ike Exezidis
King & Exezidis, Attorneys At Law
1631 Dunlavy
Houston, TX 77006

Pat B. Fossett (ECF)
614 Moray Place
Corpus Christi, TX 78411

R. Christopher Naylor (ECF)
Kathryn L. Buza
Devlin, Naylor & Turbyfill, P.L.L.C.
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805

David A. McDougald (ECF)
Grosz & Associates, P.C.
440 Louisiana St. Ste 250
Houston, Texas 77002

Mary A. Daffin (ECF)
Barrett Burke Wilson
Castle Daffin & Frappier, L.L.P.
1900 St. James Place, Suite 500
Houston, Texas 77056

John P Dillman (ECF)
Linebarger Goggan Blaire & Sampson
1301 Travis Street, Suite 300
Houston, TX 77002

Internal Revenue Services (mail)
Centralized Insolvency Ops
1919 Smith St Stop 5022 HOU
Special Procedure
Houston TX 77002

**U.S. Mail:**

5803 Richmond, Ltd.
5959 Richmond, Suite 440
Houston, TX 77057-6325

6353 Interests, Ltd.
5959 Richmond, Suite 440
Houston, TX 77057-6325

Deuce Creative, LLC
PO Box 130733
Houston, Texas 77219-0733

Flooring Services of Texas, L.P.
c/o Denise L. Nestel
Porter & Hedges, L.L.P.
1000 Main Street, 36th Floor
Houston, TX 77002-6341

HHT - FCP Limited 2, LP
c/o Hanszen Laporte
4309 Yoakum Blvd.
Houston, TX 77006-5856

HHT - FCP Limited 4, LP
c/o Hanszen Laporte
4309 Yoakum Blvd.
Houston, TX 77006-5856

Harris County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

Humble Independent School District
c/o Fairle Rickard
Tax Assessor-Collector
PO Box 2000
Humble, TX 77347-2000

Metcom International, Inc
12591 Research, Ste 101
Austin, TX 78759-2210

Montgomery County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

RLB Construction Ltd d/b/a Rooftec
c/o J. Daniel Woodall
Gauntt, Earl & Binney, LLP
1400 Woodloch Forest Drive, Suite 575
The Woodlands, TX 77380-1179

TexProJ2008
c/o Dan Brown
3049 S. Sherwood Blvd., Suite 300
Baton Rouge, LA 70816-2277

31-W Insulation Co., Inc.
P.O. Box 306010
Nashville, TN 37230-6010

9745 Interests
c/o David Greenberg
5959 Richmond Ave., Suite 440
Houston, TX 77057-6325

5803 Richmond, Ltd.
6353 Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056-6131

A1 Express Safe & Lock
P.O. Box 42029
Houston, TX 77242-2029

Arceli Torres
5930 Doolittle
Houston, TX 77033-1906

AB Erosion Control LLC
20910 Lost Pine Trail
Crosby, TX 77532-3263

AMPCO System Parking
815 Walker Street, Suite 340
Houston, TX 77002

AB Window Service
1415 Upland Dr.
Houston, TX 77043-4720

ASAP Masonry Supply
8938 Solon Road
Houston, TX 77064-1231

A Plus Permit
4805 Merwin St.
Houston, TX 77027-6609

AT&T Attorney: James Grudus, Esq.
AT&T Inc.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2694

Absolute Marble & Granite
5535 Memorial Drive
Suite F, Box 413
Houston, TX 77007-8023

Advanced Appliances
2101 N. Main
Pearland, TX 77581

Azteca Gunite Co.
6626 Flintlock Road
Houston, TX 77040-4319

Advanced Business Copiers, L.P.
P.O. Box 12018
Spring, TX 77391-2018

Aetna
P.O. Box 91507
Arlington, TX 76015-0007

AMGRO
P.O. Box 15089
Worchester, MA 01615-008

Agape Overhead Doors
133 Wilson
Humble, TX 77338

AirTron
3300 Bingle Rd.
Houston, TX 77055-1037

Alexis Hernandez
7306 Roundrock Park Ln.
Richmond, TX 77469

Anthony Ajshegiri
10 Oak Comet #6301
Houston, TX 77006

Alliant Law Group, LLP
2860 Zanker Rd. Ste. 105
San Jose, CA 95134-2119

Arturo Chavez
14120 Alderson
Houston, TX 77015-3027

Almeda Interests, Ltd.
GP-Brown/Kane
3262 Westheimer #511
Houston, TX 77098-1002

Almeda/Reed Interests, Ltd.
c/o Jennifer L. Haluptzok
2800 Post Oak Blvd., 61st Floor
Houston, Texas 77056-6131

Almeda/Reed Interests, Ltd.
Pres-David Greenberg
5959 Richmond Ave, Suite 440
Houston, TX 77057-6325

American Lawn and Landscaping
PO Box 821048
Houston, Texas 77282-1048

HOULITIGATION:1396083.1

Almeda/Reed Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056-6131

Anelu Moreira
609 W. 18th Ste.
Houston, TX 77008-3609

Ballpark IV Community Assoc.
945 McKinney St. Ste 511
Houston, TX 77002-6308

Anne L Echols
2629 B Wroxton
Houston, TX 77005-1356

Arrow Marble LLC
P.O. Box 40592
Houston, TX 77240-0592

Arrow Mirror & Glass
P.O. Box 40592
Houston, TX 77240

Associated Testing Laboratories, Inc.
3143 Yellowstone Blvd.
Houston, TX 77054

A & E- The Graphics Complex
P.O. Box 27286
Houston, TX 77227-7286

Assurant Employee Benefits
P.O. Box 843300
Kansas City, MO 64184-3300

Aztec Rental Center
P.O. Box 924616
Houston, TX 77292-4616

Azteca Gunite Co.
6626 Flintlock Road
Houston, TX 77040-4319

Attorney General of Texas
Tax Division Bankruptcy
PO Box 12548
Austin, TX 78711-2548

BP 4 Community Association
945 McKinney St., Suite 111
Houston, TX 77002-6308

BRUCE A NICKEL
P.O. BOX 396
BARKER TX 77413-0396

Badger Law Office
3400 Avenue H, 2nd Floor
Rosenberg, TX 77471

Boren Construction & Consultants
P.O. Box 1212
Bridge City, TX 77611-1212

Ballpark III Community Assoc., Inc.
945 McKinney St., Suite 111
Houston, TX 77002

Benito Chavez
14115 Meyersville Dr.
Houston, TX 77049-4026

Barrons Patio
13807 Saddleridge
Crosby, TX 77532-6361

Baytree Finance Company
664 N Western Ave
Lake Forest, IL 60045-1951

Best Buy
5133 Richmond Ave.
Houston, TX 77056

Brite Shine Cleaning Services
3630 Corinne Ct.
Katy, TX 77449-6678

Best Portable Toilets
P.O. Box 841363
Houston, TX 77284-1363

Bison Building Materials, LTD
1445 W. Sam Houston Pkwy N.
Houston, TX 77043

Builders First Source
P.O. Box 29947
San Antonio, TX 78229-0947

Blackmon Mooring-Steamatic of Houston
10511 Kipp Way #400
Houston, TX 77099-2764

Bob Shiring
2615 Stuart Manor
Houston, TX 77082

Bruce Nickel
19222 Oakview Terrace
Houston, TX 77094-3057

Brando Chiropractic Clinic
2914 North Main
Houston, TX 77009-5630

Brilliant Promotion
10161 Harwin, Suite 125
Houston, TX 77036

Bentley Capital LP
720 Rusk 2nd Floor
Houston, TX 77002-2713

Binh Lee
2907 Park Springs Lane
Sugar Land, TX 77479-8878

Carson T Campbell Jr
PO Box 629
Brenham TX 77834-0629

C Johnnie on the Spot
P.O. Box 1583
Nederland, TX 77627

CBS Radio Inc
Po Box 570548
Houston, Tx 77257-0548

CCA
P.O. Box 439
Norwell, MA 02061-0439
Century Engineering Inc.
3030 South Gessner, Ste 100
Houston, TX 77063-3770

Cable Solutions
21422 Wellsford Glen Drive
Katy, TX 77449

Colebrook Community Assoc., Inc.
945 McKinney St., Suite 111
Houston, TX 77002-6308

Camellia Plaza LP
c/o Doug Lam
213 East Hamilton
Houston, TX 77076-4510

Cannon Termite & Pest Control Inc.
935 Eldridge Rd. # 280
Sugar Land, TX 77478-2809

Carlos Perez
7202 Plaza Del Sol
Houston, TX 77083

Creative Plumbing
P.O. Box 1316
Humble, TX 77347-1316

Carole Taylor
5204 Washington Ave
Houston, TX 77007-5253
Carolee Taylor
212 Silverwood Ranch
Conroe, TX 77384-4582

Colebrook CA, Inc.
P.O. Box 842115
Houston, TX 77284-2115

Centerpoint Energy
P.O. Box 4981
Houston, TX 77210-4981

City of Houston
P.O. Box 1560
Houston, TX 77251-1560
Chad & Brenda Tinney
313 Cage
Houston, TX 77020

Cynthia Ramirez
624 Westcott
Houston, TX 77007-5019

Christians Development Co. Inc.
c/o Michael Benestante
3131 Fountainview Drive
Houston, TX 77057-6201

Chuck I. Okoye
2833 Clinton Dr.
Houston, TX 77020

Christopher Marrero
4165 Old Dowlen Road # 150
Beaumont, TX 77706-6614

City of Houston Fire Permit Office
P.O. Box 3625
Houston, TX 77253-3625

City of Port Arthur
P.O. Box 1089
Port Arthur, TX 77641-1089

Clark-Tech Environmental
1515 Globe
Houston, TX 77034-1010

City of Shenandoah
29955 I-45 North
Shenandoah, TX 77381-1199

CoffeGiant.com
P.O. Box 110225
Carrollton, TX 75011-0225

Crescent Design Group LLC
2 W. Trace Creek Rd.
The Woodlands, TX 77381

Construction Rent a Fence
P.O. Box 65
Thrall, TX 76578-0065

DG/DW Interests Ltd.
5959 Richmond Ave., Suite 440
Houston, TX 77057

Dave Perkins
1715 Shillington Drive
Houston, TX 77094-3023

DPIS Engineering LLC
P.O. Box 2089
Tomball, TX 77377-2089

Dave Perkins
c/o Marjorie Payne Britt
Britt & Catrett, PC
4615 S. W. Fwy., Suite 500
Houston, TX 77027-7106

David Franke
2727 Allen PKWY, Ste 1500
Houston, TX 77019-2127

DeLage Landen Financial
Account Processing Ctr.
1111 Old Eagle School Rd.
PO BOX 6608
Wayne, PA 19087-8608

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Deluxe Business Checks & Solutions
P.O. Box 742572
Cincinnati, OH 45274-2572

Denise Newberg
19719 Sternwood Manor
Spring, TX 77379

David Franke
814 Wycliffe Drive
Houston, TX 77079-3512

Dennis Williams and Company
1748 Oak Tree
Houston, TX 77080-7240

Derek Wilson & Kelley Humble
337 Cage
Houston, TX 77020-6113

Design Gallery
10555 W. Sam Houston Pkwy N.
Houston, TX 77064-7501

Dessie R Williams
2504 8th St
Galena Park, TX 77547-2614

Dessie Williams
2504 8th  Street
Galena Park, TX 77547

David L. Tompkins
2331 W. Settlers Way
The Woodlands, TX 77380-0982

Deuce Creative, L.L.C.
PO Box 130733
Houston, TX 77219-0733

Diamond Plaza Management Corp
P.O. Box 525212
Flushibg, NY 11352-5212

Derek Wilson
337 Cage St.
Houston, TX 77020-6113

Domingo Maldonado
11204 Devin Ct.
Plantersville, TX 77363-8069

Don Sanders/ Don Weir
600 Travis #3100
Houston, TX 77002-3072

Damazo Vidal
19203 Boquillas Canyon Drive
Tomball, TX 77377-7699

Dr. Fred Aguliar
2336 Suffolk
Houston, TX 77027

Dr. Najmiddin Karimjee
Saifi LLC
14511 Liscomb Drive
Houston, TX 77084-1560

ECamSecure, Inc./CPS Security
436 W. Walnut St.
Gardena, CA 90248-3137

Ed O'Hair
1803 Brook Grove
Katy, TX 77450

Entergy
P.O. Box 8104
Baton Rouge, LA 70891-8104

Edwin H. Momberger
27 Jadewing Ct.
The Woodlands, TX 77381-4286

Edwin Momberger
27 Jadewig Ct.
The Woodlands, TX 77381

Elizabeth C. Lemon
1917 Country Club Drive
Sugar Land, TX 77478-3909

Eflyer
5680 Hwy 6 #330
Missouri City, TX 77459

Eight Real Productions
P.O. Box 540303
Houston, TX 77254-0303

Elena Tuchina
1314 Oakdale Street
Houston, Texas 77004-5816

Envirotest, LTD.
3902 Braxton
Houston, TX 77063

Earth Engineering, Inc.
4877 Langfield Road
Houston, TX 77040-6638

Eric Putnam
208 Silverwood Ranch
Conroe, TX 77384-4582

Eugenio Aguilar III
2336 Suffolk
Houston, TX 77027

Eric Putnam
5204 Washington Ave.
Houston, TX 77007-5253

Eugenio Aguillar III
6353 Richmond Ave, Unit 104
Houston, TX 77057

ER Solutions, Inc.
P.O. Box 9004
Renton, WA 98057-9004

Excell Foundations
P.O. Box 9899
The Woodlands, TX 77387-6899

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

Foxley Architecture
3414 Eaglewood Ct.
Pearland, TX 77584-9478

Felysha Howard
1713 Aden Mist
Houston, TX 77003-5358

Fernando Barron
306 Gregg
Houston, TX 77020-6136

Firesafe Protection Services
1815 Sherwood Forest
Houston, TX 77043-3001

First Collection Services
10925 Otter Creek E. Blvd
Mabelvale, AZ 72103

Financial Credit Network
P.O. Box 3084
Visalia, CA 93278-3084

First Horizon Home Lending Corp.
First National Bank
26302 I-45 North, Suite B
Spring, TX 77386

FCP 1998 Limited
126 S. Tranquil Path
The Woodlands, TX 77380-2760

Flooring Services of Texas
10555 West Sam Houston Parkway
Houston, TX 77064-7501

Flooring Services of Texas, L.P.
c/o Joshua Wolfshohl
Porter & Hedges, L.L.P.
1000 Main Street, 36th Floor
Houston, TX 77002-6341

Franco Movers
12107 Woodforest Drive
Houston, TX 77013

Frausto Paint
4015 Brookmeade
Houston, TX 77045-5507

GGG Holdings
c/o Shawn Goheen
16400 Kensington Drive
Sugar Land, TX 77479-4315

HOULITIGATION:1396083.1

Gailon Adlong
326 Gregg
Houston, TX 77020

Gilbert Company
4118 Southerland
Houston, TX 77092-4417

George Howard
13907 Winning Springs Drive
Cypress, TX 77429-6419

George P Howard
10134 Hammerly Blvd
Box #163
Houston, TX 77080-5010

George Soto
9110 Walnut Glen
Houston, TX 77064-9401

Geotech Engineering and Testing
800 Victoria Dr.
Houston, TX 77022

Gilbert Prida Surveying
17058 Judyleigh Dr.
Houston, TX 77084-1761

Gold Circle Inc
Jennifer Wang
5806 Bayberry Way
Sugar Land, TX 77479-4123

HHT-FCP Ltd 3
P.O. Box 925510
Houston, TX 77092

Hilda Gutierrez
7835 Santa Elena St.
Houston, TX 77061-1335

Hardware Source
c/o Light Source
14900 Westheimer
Houston, TX 77082-1622

Harris County M.U.D. #132
11111 Katy Freeway, Suite 725
Houston, TX 77079-2175

Hilda Gutierrez
7835 Santa Elena Street
Houston, TX 77061-1335

Home Services Network
8900 Research Park # 1822
The Woodlands, TX 77381

Hope Lumber & Supply
27710 Highway Blvd.
Katy, TX 77494-1033

Horizon Management, Inc.
945 McKinney St., Suite 111
Houston, TX 77002-6308

Houston Chronicle
P.O. Box 80085
Prescott, AZ 68304-8085

Hull Associates, LLC
1220 E. Corporate Dr.
Arlington, TX 76006-6185

Huiping Chen
307 Gregg
Houston, TX 77020

Humble Independent School District
P.O. Box 4020
Houston, TX 77210-4020

Infinity Radio Houston
24 Greenway Plaza, Suite 1900
Houston, TX 77046-2428

Instant Office Supplies Co.
22136 Westheimer Parkway, Suite 165
Katy, TX 77450-8296

Ivette Ramirez
117 Virginia Dr.
Fresno, TX 77545-7850

Integrity Insurance Solutions
2050 North Loop West, Suite 110
Houston, TX 77018-8111

J R Welding Inc.
919 Tori Road
Richmond, TX 77469-7414

J.T. Fencing
13411 Sundale
Houston, TX 77038

Jorge Lomas dba JML Construction
12507 Sharpview
Houston, TX 77072-2236

James Armstrong
1811 Elmen
Houston, TX 77019-5703

Jane Q. Tang
4907 Falls Circle
Missouri City, TX 77459

Jeanette Kew
P.O. Box 525212
Flushibg, NY 11352

Joanna Gober
10023 Villa Lea Lane
Houston, TX 77071-1215

Jerry DeLoach
614 North Elder Grive Dr.
Pearland, TX 77584

James Armstrong
1811 Elmen
Houston, TX 77019-5703
Jesus Pulido
12438 Dikovic
Houston, TX 77015

Juan Landverde
17303 Lewis Drive
Cypress, TX 77433-1837

Joanna R Gober
10023 Villa Lea Lane
Houston TX 77071-1215

John & Sharon Randle
128 Silverstone Lane
Conroe, TX 77384-4580

John R. Lester
710 N. Post Oak Rd., Suite 120
Houston, TX 77024

Johnson Fence LTD.
6415 F.M. 2920
Spring, TX 77379

J & LA Plumbing Co.
6832 Lindbergh St.
Houston, TX 77087-5119

Jones & Carter, Inc.
6335 Gulfton, Suite 100
Houston, TX 77081-1112

Jontae Chatman
2902 Manion Dr.
Missouri City, Texas 77459-4849

John & Sharon Randle
28 Silverstone Lane
Conroe, TX 77384-4580

Joseph Tackett
3333 Cummins St., Apt. 1205
Houston, Texas 77027

Kronbergs Flags & Flagpoles
7106 Mapleridge
Houston, TX 77081-6692
KBS Insurance Group, LLC
7324 S. W. Freeway, Suite 300
Houston, TX 77074-2043

Katherine Rokoczy & Ryan Thomas
604 Westcott
Houston, TX 77007-5019

HOULITIGATION:1396083.1

Kelley Humble
337 Cage St.
Houston, TX 77020

J & L Wood Services
16994 Sloan Rd.
Conroe, TX 77306-9418

Kevin McClure
10318 Five Oaks XING
Missouri City, TX 77459

Kele Helm
14122 Grovemist Ln.
Houston, TX 77082-2168

Keystone Structural Concrete, LTD.
16565 Village Drive
Houston, TX 77040

LH Ramming, Trustee
50 Briar Hollow Lane, Suite 210- East Bldg.
Houston, TX 77027-9300

Michael Budde
618 Westcott
Houston, TX 77007-5019

LTD Financial Services, L.P.
7322 Southwest Fwy., Suite 1600
Houston, TX 77074-2134

Lisa Green
10307 Millridge Dr.
Houston, TX 77070

Lescon Plumbing
2010 N. Houston Ave.
Humble, TX 77338-2535
Lidia Lopez
8927 Grape St.
Houston, TX 77036-7317

Lighting Trends
P.O. Box 2767
Stafford, TX 77497-2767

Lithotech Printed Products
P.O. Box 1562
Bellaire, TX 77402

Locke Liddell & Sapp LLP
P.O. Box 201072
Houston, TX 77216-1072

Little Johns Port-a- Can
P.O. Box 986
Channelview, TX 77530-0986

Luis Escobar
979 Nautica
Weston, FL 33327-2132

MAS Resources
30213 Post Oak Run
Magnolia, TX 77355

MJ Reddy
24811 Boulder Lake Court
Katy, TX 77494

Mary Hubbell
1609 W. 12th St.
Houston, TX 77008-6446

Manuel Euceda
33618 Falcon Spring
Hockley, TX 77447
Marcos Pineda
13407 Parkstone View Dr.
Houston, TX 77083-1845

Marcus Coleman
6435 Ivy Falls
Missouri City, TX 77459-3081

Michael Orosco
6513 B Taggart
Houston, TX 77007-2054

Maria Celis & Antonio Fernandez
2425 Underwood Apt. 257
Houston, TX 77030-3529

HOULITIGATION:1396083.1

Mark J Pulda
8417 Ketam Loch Ct
Spring Tx 77379-5119

Martha Conner
620 Westcott
Houston, TX 77007-5019

Michael & Terri Schnakenberg
15 Greenlaw Ct
Sugar Land TX 77479-2994

Mohammed Kahn & Tasneem Kahn
204 Silverwood Ranch
Conroe, TX 77384-4582

Michael Orosco
6513 B Taggart
Houston TX 77007-2054

Michele Carlisle
5244 Washington Ave.
Houston, TX 77007-5230

Midtown Blk, Ltd.
5959 Richmond Ave., Suite 440
Houston, TX 77057-6325

Midtown Management District
P.O. Box 73109
Houston, TX 77273-3109

Miller Grossbard & Associates
2204 Louisiana , Second Floor
Houston, TX 77002

Michael Smith
19179 Woodhollow
Porter, TX 77365-3629

Mobile Mini
P.O. Box 79149
Phoenix, AZ 85062-9149

Monster Inc.
P.O. Box 90364
Chicago, IL 60696-0364

Montgomery County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

Muduganti J. Reddy
24811 Boulder Lake Court
Katy, TX 77494-3900

eNCO Financial Systems
P.O. Box 15740
Wilmington, DE 19850-5740
Nari Son
3323 McCue Rd. #533
Houston, TX 77056-7147

Omnium Worldwide, Inc.
P.O. Box 956842
St. Louis, MO 63195-6842

Newsom-Vaughn & Associates
1801 Kingwood Dr. #240
Kingwood, TX 77339-3058

Northwind Air Conditioning
6106 Milwee
Houston, TX 77092-6218

Oasis Fire Protection, Inc.
5310 Glenmont, Suite C
Houston, TX 77081
OS Screen & Glass
5927 Coppinsay Dr.
Katy, TX 77449-2017

Office Depot
P.O. Box 70025
Los Angeles, CA 90074-0025

Olga Villanueva
2505 Esther Ave
Pasadena, TX 77502-3238

Oscar Gonzalez
1255 Eldridge Pkwy #1124
Houston, TX 77077-2183

PELC Framing Co.
806 Commons Spring Creek
Huffman, TX 77336-3051

Pablo & Daniela Tejado
606 Westcott
Houston, TX 77007-5019

Patriot Bank
7500 San Felipe, Suite 125
Houston, TX 77063-1709

Patriot Security Ltd
P.O. Box 1876
Nederland, TX 77627-1876

Progressive Connections
22209 Huffsmith-Kohrville Rd.
Tomball, TX 77375-6950

Paul Bettencourt
Harris County Tax Assessor
PO BOX 4576
Houston, TX 77210-4576

Pitney Bowes, Inc.
P.O. Box 856390
Louisville, KY 40285-6390

Potomac Cleaning Co.
9402 Delicado Dr.
Humble, TX 77396-6208

Premier Building Services
3 Stony Creek Drive
Conroe, TX 77384

Parker Lumber- Port Arthur
2948 Gulfway Drive
Port Arthur, TX 77642-5060

Premier Installations & Design Group
13980 NW Frwy. # 303
Houston, TX 77040

Pablo Perez
2415 Ave. D
Dickinson, TX 77539-5022

Pro Plaster
11836 Elizabeth Ridge
Conroe, TX 77304-7411

Prosperity Bank
116 South Velasco
Angleton, TX 77515

RBC Centura Bank
11011 Richmond Ave., Ste 850
Houston, TX 77042

Richard Robert
11639 Versailles Lake Lane
Houston, TX 77082-6843

RGN Repair & Refinish
10210 Green Valley Lane
Houston, TX 77064

Reliant Energy
P.O. Box 650475
Dallas, TX 75265-0475

RLB Construction Ltd d/b/a Rooftec
c/o J. Daniel Woodall
Gauntt, Earl & Binney, LLP
1400 Woodloch Forest Drive, Suite 575
The Woodlands, TX 77380-1179

Raj M. Rangwani
3934 FM 1960 West, Suite 210
Houston, TX  77068-3544

Ranger Roofing and Construction
14026 FM 2100, Suite A
Crosby, TX 77532-9163

Renee Massey
11011 Pleasant Colony # 2527
Houston, TX 77065-4630|

HOULITIGATION:1396083.1

Rick Zimmer
4410 Weston Drive
Fulshear, TX 77441-4251

Robert Rodarte
806 Ave M
So. Houston, TX 77587-5034

Robin Rawlinson & Rodona Neely
2120 Ave D
Nederland, TX 77627

Robert Odom
8617 Lupton Drive
Houston, TX 77055-6646

Relay Services
18311 Camellia
Cypress, TX 77429-1224

Rosalinda Mingalone
308 Grove
Houston, TX 77020-6026

Rose Nazarian
4149 Coleridge
Houston, TX 77005

Ram Industries Inc.
13119 Mula Court
Stafford, TX 77477-3321

Ramon Landscaping
945 McKinney St. # 111
Houston, TX 77002-6308

Russell Nicholson
3523 Sierra Pines Drive
Houston, TX 77002
Ryan Chuston
608 Westcott
Houston, TX 77007

RLA Construction, Inc.
10549 Berwyn Drive
Houston, TX 77037-1211

Ryan Rogers
9511 Fern Woods Forest
Houston, TX 77040

Richard Treglown & Renissa Sajan
612 Westcott
Houston, TX 77007-5019

SER Construction Partners, Inc.
3636 Pasadena Blvd.
Pasadena, TX 77503-3208

Suarez Construction Group, LLC
505 N. Sam Houston Pkwy E. #265
Houston, TX 77060-4064

StarTex Power
P.O. Box 4802
Houston, TX 77210-4802

Sancerre Community Assoc., Inc.
945 McKinney St., Suite 111
Houston, TX 77002
Sheila Testa
2401 McDuffie St.
Houston, TX 77019-6725

Sanchez Fence Co. LLC
P.O. Box 544
Pasadena, TX 77501-0544

Schindler Elevator Corporation
2105 Silber RD. Ste. 100
Houston, TX 77055-2653

Schlanger, Silver, Barg & Paine, LLP
P.O. Box 570548
Houston, TX 77257-0548

Seybro Door and Weatherstrip
405 Eagle St.
Weimar, TX 78962

Sentinel Construction Services, Inc.
P.O. Box 113
Fredericksburg, TX 78624-0113

Sheila M Testa
2401 McDuffie St
Houston TX 77019-6725

Shek Chak Hui & Suk Hing Hui
325 Gregg St.
Houston, TX 77020

Sang Ki Lee
10111 Charterwood Dr. B303
Houston, TX 77070-1686

Sherrie Herrmann
2602 15th St.
Port Neches, TX 77651-4606

Sherrie Herrmann
2602 15th Street
Port Neches, TX 77651

Sandra Trujillo
815 Hidden Valley
Houston, TX 77088-2006

Shreyaskumar Patel
6011 Dabney Hill Ct.
Sugar Land, TX 77479

Southwestern National Bank
6901 Corporate Drive
Houston, TX 77036-5101

Sousan Allami
614 Westcott
Houston, TX 77007-5019

Southern Mirror & Shower Door, Inc.
2035 Pech Road Building G
Houston, TX 77055-1400

Southwestern National Bank
6901 Corporate Drive
Houston, TX 77036

Sutherland Asbiit & Brennan LLP
1275 Pennsylvania Ave,
NW Washington, DC 20004-2415

Spectrum LLP
Andrew Luther
25325 Borough Park Drive #110
The Woodlands, TX 77380-3564

Star Gutter Service
P.O. Box 266641
Houston, TX 77207

Stewart Door Ltd.
17030 West Little York
Houston, TX 77084-6401

Steve Wieser
11500 Jollyville Rd., Apt. 2411
Austin, TX 78759-2422

Storm Water Solutions
12200A Duncan Rd.
Houston, TX 77066

Sheila Murray
21526 Sapphire Ct.
Katy, TX 77449-8177

Sunset Window Coverings
22136 Westheimer Pkwy. Suite 438
Katy, TX 77450-8296

Sweetland Development
Management, LLC
c/o Andy Ho
12602 Big Stone Drive
Houston, TX 77066-1601

T-Mobile
P.O. Box 790047
St. Louis, MO 63179-0047

TMAHC, Inc.
Tom Cervone
5401 Huisache
Houston, TX 77081-6618

TRS Recovery Services, Inc.
P.O. Box 60022
City of Industry, CA 91716-0022

Terraco Stone
6411 Ashcroft Bldg A
Houston, TX 77081

Thai Nguyen
2437 South Blvd.
Houston, TX 77098-5116

Texan Drywall
1505 Aldine Bender
Houston, TX 77032-3005

Texas Residential Construction Commission
3111 E. 14th St., Suite 200
Austin, TX 78702-1618

The Wagner Construction Group
PO BOX 1314
Stafford, TX 77031

Tasha Henderson
616 Westcott
Houston, TX 77007-5019

Thien Chau
5018 Cornish St.
Houston, TX 77007

Thai Nguyen
2437 South Blvd.
Houston, TX 77098-5116

T-Mobile
P.O. Box 660252
Dallas, TX 75266-0252

Thu-Binh Si Ho & Hue Phu Ho
1625 Kirby
Houston, TX 77019-3315

Texas Workforce Commission
Cashier Department
Austin, TX 78778-0091

Tolunay-Wong Engineers, Inc.
6335 Gulfton, Suite # 100
Houston, TX 77081-1169

Tradition Bank
P.O. Box 40
Bellaire, TX 77402-0040

United Healthcare Insurance Co.
Dept. CH 10151
Palatine, IL 60055-0161

United States Trustee
515 Rusk, Ste 3516
Houston, TX 77002-2604

Universal Forest Products
146 B FM 2793
P.O. Box 1730
New Waverly, TX 77358-1730

Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842-0625

Varma Investments Ltd.
Sanjay Varma
2C West Shady Lane
Houston, TX 77063-1304

Vaught & Vaught, Inc.
P.O. Box 3106
Conroe, TX 77305-3106

Venetian Swimming Pools
5907 Stirring Winds Ln.
Houston, TX 77086

VM Custom Fence
13610 Kaltenbrun
Houston, TX 77086-1518

Victor Zemaitia
329 Cage
Houston, TX 77020-6113

Washington Ho
1625 Kirby Dr.
Houston, TX 77019-3315

HOULITIGATION:1396083.1

Wells Fargo
PO BOX 29704
Phoenix, AZ 85038-9704

Westwater CA, Inc.
P.O. Box 842115
Houston, TX 77284-2115

Wilbert Thomas
3407 Brookwood
LaPorte, TX 77571-3731

Wilford  & Dianna Lee
204  Silverwood Ranch
Conroe, TX 77384

Wilford Lee & Dianna Lee
196 Silverwood Ranch
Conroe, TX 77384-4578

William Ellison
18 E. Burberry Circle
The Woodlands, TX 77384

Wind Storm Solutions
2303 Nanak Drive
Sugarland, TX 77498

Yen Leong
301 Cage
Houston, TX 77020-6113

6409 Interest LTD
5959 Richmond Ave, Suite 440
Houston, TX 77057-6325
Christopher Kruger
7827A Harms
Houston, TX 77041-2126

Chuck Okoye
2833 Clinton Dr
Houston, TX 77020-8401

Chase Auto Finance
PO Box 78070
Phoenix AZ 85062-8070

Chase Auto Finance
Po box 901032
Ft. Worth, TX 76101-2032

6353 Interests, Ltd.
5959 Richmond, Suite 440
Houston, TX 77057-6325

6409 Interests, Ltd. dba
802 Interests, Ltd.
5959 Richmond, Suite 440
Houston, TX 77057-6325

HHT (1998) Limited
c/o Guy K. Cooksey
Matthews, Lawson, & Bowick, PLLC
2000 Bering, Suite 700
Houston, TX 77057-3776

HHT - FCP Limited 2, LP
c/o Hanszen Laporte
4309 Yoakum Blvd.
Houston, TX 77006-5856

Harris County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

VW Credit
P.O. Box 829009
Dallas, TX 75382-9009

WELLS FARGO BANK, N.A.,
WELLS FARGO AUTO FIN
13675 TECHNOLOGY DR.,
BLDG C, 2ND FLOOR
EDEN PRAIRIE, MN 55344-2252

William G. West, P.C., CPA
12345 Jones Rd. Suite 120
Houston, TX 77070-4958

United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

6353 Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056-6131

6409 Interests, Ltd. dba
802 Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056-6131

802 Interests Ltd
5959 Richmond Ave Ste 440
Houston TX 77057-6325

ADT
PO Box 650485
Dallas TX 75265-0485

Almenda/Reed Interest Ltd
5959 Richmond Ave Ste 440
Houston TX 77057-6325

Anthony LaPorte
PO Box 270353
Houston, TX  77277-0353

Caroline Brown
3115 Noble Lakes Ln
Houston TX 77082-6810

Cenlar
Attn: Bankruptcy Department
P.O. Box 77409
Ewing, NJ 08628-6409

Cenlar Federal Savings Bank
c/o Barrett Burke Wilson Castle Daffin
1900 Saint James Pl Ste 500
Houston TX 77056-4125

Chris Parker
831 Merrick Dr
Sugar Land, TX 77478-3743

Chubb Group of Insurance Companies
Douglas Knight & Associates Inc
PO Box 10517
Bradenton FL 34282-0517

City of Houston
Tax Assessor Collector
PO Box 1561
Houston TX 77251-1561

City of Houston Legal Dept
PO Box 1561
Houston TX 77251-1562

City of Houston Water Dept
PO Box 1560
Houston TX 77251-1560

D&D Drapery
5000 San Jacinto St
Houston TX 77004-5793

Damazo F. Vidal
c/o Lynn Chuang Kramer
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002-2845

David Greenburg
5959 Richmond Ave Ste 440
Houston TX 77057-6325

Devlin & Pignuolo PC
Charles Vernon
PO Box 219129
Houston TX 77218-9129

Directv Llc
Attn Bankruptcies
Po Box 6550
Greenwood Village Co 80155-6550

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Don Sanders
600 Travis St Ste 3100
Houston TX 77002-3072

Don Weir
600 Travis St Ste 3100
Houston TX 77002-3072

Douglas A. Brown
456 Victoria Terrace
Ft. Lauderdale, FL 33301-3756

FCP (1998) Limited
126 Tranquil Park
The Woodlands, Texas 77380

Flooring Services of Texas LP
c/o Susan E Cates
1000 Main St 36 floor
Houston TX 77002-6341

HHT (1998) Limited
3010 Palmer Way
The Woodlands, Texas 77380-4081

Harris County Appraisal
Records Dept
PO Box 920975
Houston TX 77292-0975

Harris County Tax Assessor Collector
PO Box 3547
Houston TX 77253-3547

James D. Salyer
Alan Meinen, Jane Meinen
The Meinen Fami
Morris, Lendais, Hollrah & Snowden
1980 Post Oak Bvd., Suite 700
Houston, TX 77056-3848

James Hammond
3427 Creekstone Dr
Sugar Lane TX 77479-2419

KARALYNN CROMEENS
1413 BRITTMORE ROAD
HOUSTON TX 77043-4005

Katherine Sanders
c/o Don Weir
600 Travis St Ste 3100
Houston TX 77002-3072

LeAnn Kenney
3422 Creekstone
Sugar Land TX 77479-2418

Lecardio Beltran
3307 Cochran St
Houston, TX  77009-6310

MANN AND STEVENS PC
PO BOX 909
BELLAIRE TX 77402-0909

Mary A Daffin
1900 Saint James Place Ste 500
Houston TX 77056-4125

Meinen Family Partnership
3227 Wild River Dr
Richmond TX 77406-8299

Mercedes-Benz Financial
PO Box 685
Roanoke TX 76262-0685
Muduganti J Reddy
24811 Boulder Lakes Ct
Katy TX 77494-3900

Najmuddin Karimjee, M.D.
and SAIFI, L.L.C.
14511 Linscomb Drive
Houston, TX 77084-1560

Neby Publications Inc
401 Studewood Ste 309
Houston TX 77007-2733

Neimus Marcus
PO Box 729080
Dallas TX 75372-9080

Paul Bettencourt
Tax Assessor-Collector
PO Box 4622
Houston TX 77210-4622

Professional Service Industries Inc
c/o Matias Eduardo Garcia
211 RR 620 S Ste 110
Lakeway TX 78734-3966

Richard Simmons US Trustee
515 Rusk Ste 3516
Houston TX 77002-2604

Robert Davis
c/o Raul Suazo
808 Travis St Ste 1800
Houston TX 77002-5718

SER Construction Partners Ltd
c/o Nathan A Steadman
8100 Washington Ave Ste 100
Houston TX 77007-1062

SER Construction Partners, Ltd.
c/o Meyer, Knight & Williams, L.L.P.
8100 Washington Avenue, Suite 1000
Houston, Texas 77007-1059

Sanders 1998 Children's Trust
c/o Don Weir
600 Travis Ste 3100
Houston TX 77002-3072

Sanders Opportunity Fund Inst
c/o Don Weir|600 Travis St Ste 3100
Houston TX 77002-3072

Sanders Opportunity Fund LP
c/o Don Weir|600 Travis Ste 3100
Houston TX 77002-3072

Secretary of the Treasury
15 & Pennsylvania NW
Washington DC 20220-0001

Securities & Exchange Commission
Midwest Regional Office
175 W Jackson Blvd Stop 900
Chicago IL 60604-2815

Shek Hui and Suk Hing Hui
c/o Carson T Campbell Jr
PO Box 629
Brenham TX 77834-0629

Spectrum LLP
PO Box 3011
Spring, TX 77383-3011

Texas Comptroller Of Public Accounts
Revenue Accounting Div –
Bankruptcy Section
PO BOX 13528
AUSTIN TX 78711-3528

Texas Employment Commission
Tax Department Bankr Rm 556
101 E 15th Street
Austin TX 78778-1442

Texas Express Plumbing
2634 Bandelier Dr
Houston, TX  77080-3812

Texas Workforce Commission
Regulatory Enforcement Div
101 E 15th Street
Austin TX 78778-0001

The Vidal Group, LLP
c/o Lynn Chuang Kramer
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002-2845

HOULITIGATION:1396083.1

Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499

Thormburg Mortgage
425 Phillips Blvd
Trenton NJ 08618-1430

Timothy Delgado
Arnold & Itkin, LLP
1401 McKinney St., Ste 2550
Houston, Tx 77010-4048

Travelers Remittance Center
Momentum Jagura Volvo PO
One Tower Square
Hartford, CT 06183-1001

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Attorney
1000 Louisiana St. Ste. 2300
Houston, Texas

US Trustee
Office of the US Trustee
515 Rusk Ave Ste 3516
Houston, TX 77002-2604

United States Trustee
515 Rusk, Ste. 3516
Houston, TX 77002-2604

Vincent Galeoto
8134 Sun Terrace Lane
Houston, TX 77095-4958

Wells Fargo Bank NA
PO Box 29704
Phoenix AZ 85038-9704

eCAST Settlement Corp
Assignee of HSBC Bank Nevada
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

Alan Meinen
3227 Wild River
Richmond, TX 77406-8299

Hans Truong, MD
c/o Guy K. Cooksey
Matthews, Lawson, & Bowick, PLLC
2000 Bering, Suite 700
Houston, TX 77057-3776

J Craig Cowgill
Attorney at Law
1219 Emerald Green Lane
Houston, TX 77094-3008

Janet S Casciato-Northrup
Hughes Watters and Askanase
333 Clay 29th Floor
Houston, TX 77002-2571

Shek Hui
3001 Cochise St.
College Station, TX 77845-6529

Thai Pham Nguyen
c/o Ben R King
1631 Dunlavy
Houston, TX 77006-1007