IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JULIET HOMES, LP, | § § | Case No. 07-36424-H1-7 |
| Debtor | § § § | (Chapter 7) |
| | § § | |
| IN RE: | § § § | |
| JULIET GP, LLC, | § § | Case No. 07-36426-H1-7 |
| Debtor | § § § | (Chapter 7) |
| | § § | |
| IN RE: | § § § | |
| DOUGLAS A. BROWN, | § § | Case No. 07-36422-H1-7 |
| Debtor | § § § | (Chapter 7) |

**TRUSTEES' SEVENTH MOTION FOR APPROVAL OF COMPROMISE
AND SETTLEMENT AGREEMENT BETWEEN
TRUSTEES AND LAWRENCE RAMMING, ARCOA, LLC, ARCOA ADVISORS, LLC,
ARCOA CAPITAL PARTNERS, LP, ARCOA FUNDING, LLC, ARCOA INVESTMENT
ADVISORS, LC, ARCOA INVESTMENTS MANAGEMENT GROUP, LLC AND
ARCOA PROPERTIES, LLC**

---

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013(b)**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY

---

1

RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

COME NOW Joseph M. Hill, Trustee ("Juliet Trustee") of the bankruptcy estates of Juliet Homes, LP and Juliet GP, LLC ("Juliet Debtors" or "Juliet") and Janet S. Northrup, Trustee as Successor Trustee ("Brown Trustee") of the bankruptcy estate of Douglas A. Brown ("Brown"), seeking approval to compromise and settle various causes of action and claims with Defendants Lawrence Ramming, Arcoa, LLC, Arcoa Advisors, LLC, Arcoa Capital Partners, LP, Arcoa Funding, LLC, Arcoa Investment Advisors, LC, Arcoa Investments Management Group, LLC and Arcoa Properties, LLC, showing as follows:

## I. RELIEF REQUESTED

1. Pursuant to Federal Rule of Bankruptcy Procedure 9019, the Juliet Trustee and the Brown Trustee (collectively, "Trustees") request approval of their settlement and compromise of controversy with Lawrence Ramming, Arcoa, LLC, Arcoa Advisors, LLC, Arcoa Capital Partners, LP, Arcoa Funding, LLC, Arcoa Investment Advisors, LC, Arcoa Investments Management Group, LLC and Arcoa Properties, LLC (collectively, "Ramming"). While Ramming has agreed to the proposed compromise, the factual recitations set forth herein are solely those of the Trustees and are not necessarily agreed to by Ramming.

## II. PROCEDURAL BACKGROUND

2. On September 20, 2007, an involuntary petition for relief was filed under Chapter 7 of the United States Bankruptcy Code against each of the Juliet Debtors. On the same date, an involuntary petition for relief was filed under Chapter 7 of the United States Bankruptcy Code against Brown.

3. On October 19, 2007, the Juliet Debtors and Brown consented to the entry of an order for relief and converted their cases to Chapter 11. On October 31, 2007, the Bankruptcy

Court entered Orders for Relief in the Juliet Debtors' and Brown's bankruptcy cases (together, the "Bankruptcy Cases").

4. The Juliet Trustee was subsequently appointed as Chapter 11 Trustee. At the request of the Juliet Trustee, the Juliet Debtors' cases were converted to Chapter 7 cases.

5. On December 5, 2007, Brown moved to convert his case to Chapter 7, and on December 19, 2007, the Bankruptcy Court converted Brown's case to Chapter 7. Thereafter, the Brown Trustee was appointed Successor Trustee of Brown's Chapter 7 estate.

6. Trustees commenced multiple Adversary Proceedings based on allegations that the Juliet Debtors were engaged in a Ponzi scheme in which certain insiders, investors and/or partners received funds that Trustees are entitled to recover pursuant to federal and state law. These Adversary Proceedings include:

- Adv. No. 09-3429, Joseph M. Hill, Trustee et al. v. Alex Oria, et al.
- Adv. No. 09-3432, W. Steve Smith, Trustee et al. v. Douglas Allen Brown, et al.
- Adv. No. 09-3433, W. Steve Smith, Trustee et al. v. Douglas Allen Brown, et al.
- Adv. No. 09-3434, W. Steve Smith, Trustee et al. v. Douglas Allen Brown, et al.
- Adv. No. 09-3435, W. Steve Smith, Trustee et al. v. Eric Putnam, et al.
- Adv. No. 09-3436, W. Steve Smith, Trustee et al. v. Eric Putnam, et al.
- Adv. No. 09-3437, W. Steve Smith, Trustee et al. v. Eric Putnam, et al.
- Adv. No. 09-3438, W. Steve Smith, Trustee v. Lawrence H. Ramming, et al.
- Adv. No. 09-3439, W. Steve Smith, Trustee v. Lawrence H. Ramming, et al.
- Adv. No. 09-3440, W. Steve Smith, Trustee v. Lawrence H. Ramming, et al.
- Adv. No. 09-3441, Joseph M. Hill, Trustee et al. v. Alex Oria, et al.
- Adv. No. 09-3442, Joseph M. Hill, Trustee et al. v. Alex Oria, et al.
- Adv. No. 09-3443, Joseph M. Hill, Trustee et al. v. Alex Oria, et al.
- Civil Action No. H-12-840, Joseph M. Hill, Trustee, et al. v. Alex Oria, et al.[1]

(collectively, the "Adversary Proceedings"). The Adversary Proceedings were consolidated and the reference of them withdrawn to the U.S. District Court, thereby initiating Civil Action No. H-

---

[1] Adv. Nos. 09-3429, 09-3432, 09-3433, 09-3434, 09-3435, 09-3436, 09-3437, 09-3438, 09-3439, 09-3440, 09-3441, and 09-3442 were consolidated into Adv. No. 09-3429. On March 12, 2012, this Court stated its intention to recommend that the reference from the District Court be withdrawn in Adv. No. 09-3429 and later issued a certification to the District Court on January 28, 2014. Civil Action No. H-12-840 is the District Court suit that resulted from the withdrawal of the reference.

12-840, *Joseph M. Hill, Trustee, et al. v. Alex Oria, et al.*, which is pending before the Honorable Sim Lake.  Reference to the "Adversary Proceedings" in this Motion includes Civil Action No. H-12-840 wherever the context requires.

7. Ramming was named a defendant in one or more of the adversary proceedings. After mediation and Trustees' review of financial information provided, Trustees have entered into a settlement agreement with Ramming as described more particularly below.

### III. PROPOSED SETTLEMENT

7. During the period leading up to the Juliet's bankruptcy, Trustees allege that Ramming received numerous transfers of estate property. Starting in 2006, Trustees allege that Ramming bought and sold properties from the Debtors at escalating prices to temporarily free up funds for Juliet, with Ramming both profiting from the sales price and charging commissions that Trustees allege were unearned on the transactions.

8. Trustees sued Ramming for a turnover of estate property and any income realized thereon, fraudulent transfers, post-petition transfers, fraud, conspiracy, aiding and abetting, conversion, unjust enrichment, and punitive damages.  Ramming vigorously disputed and denied the claims.

9. Additionally, Ramming claims that even if the Trustees prevailed in the litigation and obtained a judgment against him, he would not be able to satisfy the judgment.

10. Following protracted litigation with Ramming and others, and after having been ordered to mediation by U.S. District Judge Sim Lake, Ramming and the Trustees began settlement negotiations in May 2014 with the assistance of the mediator.  Trustees requested and received financial information from Ramming and, after two formal mediation sessions, continued efforts by the mediator, and evaluation of Ramming's financial information, agreed to

a settlement by which Ramming would (i) pay $17,500 in full satisfaction of the Trustees' claims against Ramming and (ii) provide a release of all claims against the estates, including but not limited to the release of the proofs of claim filed by (1) Ramming in the amount of $1,600,000; (2) Arcoa Capital Partners in the amount of $2,942,500; (3) Arcoa Funding, LLC in the amount of $2,800,000. The terms of the settlement are set forth more fully in the settlement agreement attached **Exhibit 1** and incorporated by reference as if fully set forth herein.

11.  Trustees seek approval of their compromise with Ramming as fair and equitable to the estates and their creditors and pursuant to the factors set forth in *Protective Committee For Independent Stockholders of TMT Trailer Ferry, Inc. v. Anderson,* 390 U.S. 414 (1968) is as follows:

(a)  <u>Probability of success in litigation, with consideration given to the uncertainty in fact and in law.</u>  The settlement with Ramming ensures success for the Trustees. While the Trustees are confident in their claims against Ramming, Ramming has vigorously defended the claims. Both sides recognize that litigating the issue of Juliet Homes' insolvency at the time of the transfers to Ramming would involve a fact-intensive analysis about which various expert witnesses have disagreed. The settlement results in the collection of $17,500, and the elimination of $7,342,500 in claims against the estates.

(b)  <u>Complexity, expense and likely duration of litigation.</u>  If not for the settlement with Ramming, this litigation would likely require more than two weeks of a jury trial and hundreds of hours of preparation as well as attendant expense for briefing, expert preparation and testimony, and related trial expenses. The evidence presented would be complex and would likely require extensive expert testimony and supporting documentation of Juliet Homes' solvency at the points in time when Ramming received his payments. Following the withdrawal

of the reference and this Court's certification of the case as ready for trial, U.S. District Judge Sim Lake conducted a scheduling conference and ordered the parties to mediation. Judge Lake recently scheduled jury trial to commence in early January 2015. The settlement with Ramming expedites the resolution of one of the biggest claims in the Adversary Proceedings and avoids the expenditure of limited estate resources for trial expenses. This is also the final settlement in this case. There will be no need for trial if this settlement is approved and Judge Lake enters default judgment against the four defendants who failed to comply with mediation and sanctions orders.

   (c) <u>Other factors relevant to a full and fair assessment of the wisdom of the proposed compromise.</u> The settlement with Ramming provides a certain recovery from Ramming and the elimination of substantial claims against the estates. If not for the settlement, Trustees risk the possibility that, following trial and any appeals, they would not prevail against Ramming or that they would prevail in obtaining a judgment that could not be collected. Ramming claims to be largely judgment-proof, and he provided financial documentation to Trustees in support of his position that he has limited liquid assets with which to satisfy a judgment. Given Ramming's apparent lack of assets to satisfy a larger judgment and the time and expense associated with a trial and possible appeal, the Trustees' considered opinion is that the $17,500 and release of claims in settlement is in the best interests of the estates and their creditors.

## IV.  PRAYER

12. For all the reasons set forth above, Trustees believe that the proposed settlement agreement is in the best interests of the estates and their creditors.  Trustees respectfully request that the Court grant this motion and enter an order approving the compromise.  Trustees respectfully request all other relief to which they are justly entitled.

        Respectfully submitted,

        */s/ Jeremy R. Stone*
        Jeremy R. Stone
        Attorney-in-Charge
        State Bar No. 24013577
        S.D. Texas I.D. No. 27060
        jeremystone@mehaffyweber.com
        500 Dallas, Suite 1200
        Houston, Texas 77002
        Phone: (713) 655-1200
        Fax: (713) 655-0222

        ATTORNEYS FOR JOSEPH M. HILL, TRUSTEE
        and JANET S. NORTHRUP, TRUSTEE

OF COUNSEL:

MEHAFFY WEBER, P.C.

## CERTIFICATE OF SERVICE

I certify that on the 23${}^{rd}$ day of December, 2014, a true and correct copy of this Motion was served by first class mail or ECF on (i) the United States Trustee, (ii) the IRS, (iii) the Chapter 7 Trustees, (iv) Debtors' counsel, (v) the 20 largest unsecured creditors of each Debtor, and (vi) all persons who filed notices of appearance, all of whom are identified on the attached list. Notice of the filing of this motion was served on all creditors as set forth more fully in the Notice filed contemporaneously with this Motion.

*/s/ Jeremy R. Stone*
Jeremy R. Stone

**Debtors**

Douglas A. Brown
710 Bayshore, #101
Ft Lauderdale, FL 33304

Juliet Homes, LP
5225 Katy Freeway, Suite 605
Houston, Texas 77008

Juliet GP, LLC
720 Rusk St., 2nd Floor
Houston, TX 77002

**Debtors' Counsel**

J Craig Cowgill
J. Craig Cowgill & Associates, P.C.
8100 Washington, Suite 120
Houston, TX. 77007

**Chapter 7 Trustees**

Janet S Casciato-Northrup
Hughes Watters and Askanase
333 Clay, 29th Floor
Houston, TX 77002

Joseph M Hill
Cage Hill and Niehaus LLP
5851 San Felipe, Suite 950
Houston, TX 77057

**U.S. Trustee**

Hector Duran
U.S. Trustee
515 Rusk, Ste 3516
Houston, Texas 77002

Ellen Maresh Hickman
Office of the U S Trustee
515 Rusk St, Ste 3516

9

Houston, TX 77002

Nancy Lynne Holley
U S Trustee
515 Rusk St, Ste 3516
Houston, TX 77002

Diane G Livingstone
Office of U S Trustee
515 Rusk St, Ste 3516
Houston, TX 77002

PO Box 8278
The Woodlands, Texas 77387-8278

Susan E. Cates
Joshua W. Wolfshohl
Porter & Hedges, LLP
1000 Main St., 36th Fl.
Houston, Texas 77002

Chuck I. Okoye
2833 Clinton Dr.
Houston, Texas 77020

**IRS**

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia Pa 19101-7346

**Parties Requesting Notice (All 3 Debtors)**

Ronald J. Sommers
Jennifer Lynn-Soon Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, Texas 77056

Steven A. Leyh
Leyh & Payne, LLP
1616 S. Voss Rd., Ste. 125
Houston, Texas 77056

Joshua Morris Harrison
Goodwin and Harrison

10

Anthony Laurent LaPorte
Hanszen • LaPorte
PO Box 240353
4309 Yoakum St.
Houston, Texas 77277-9444

Steve Shurn
Hughes, Watters & Askanase, LLP
333 Clay St., 29th Floor
Houston, Texas 77002

James Landon
Hughes & Luce, LLP
111 Congress, #900
Austin, Texas 78701

Guy K. Cooksey
Matthews, Lawson & Bowick, PLLC
2000 Bering Dr., Ste. 700
Houston, Texas 77057

Harris County
c/o John P. Dillman
PO Box 3064
Houston, Texas 77253-3064

William S. Chesney, III
Frank, Elmore, Lievens, Chesney & Turet, LLP
808 Travis St., Ste 2600
Houston, TX 77002

Montgomery County
c/o John P. Dillman
PO Box 3064
Houston, Texas 77253-3064

Melanie D. Bragg
Law & Mediation Offices
4801 Woodway, Suite 320W
Houston, Texas 77056

Q. Tate Williams
Attorney at Law
917 Franklin, Suite 240
Houston, Texas 77002

J. Daniel Woodall
Gauntt, Earl & Binney, LLP
1400 Woodloch Forest Dr., Ste. 575
The Woodlands, Texas 78730

Brian D. Womac
Womac & Assoc.
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, Texas 77024

Carl O. Sandin
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Ste. 600
Houston, Texas 77008

John Manicom
12591 Research, Ste. 101
Austin, Texas 78759

J Craig Cowgill
J. Craig Cowgill & Associates, P.C.
8100 Washington, Suite 120
Houston, TX. 77007

HOULITIGATION:1399603.1

Bennett G Fisher
Fisher and Associates PC
909 Fannin St, Ste 1800
Houston, TX 77010

Blanche Duett Smith
McFall Breitbeil & Smith
1331 Lamar Street, Suite 1250
Houston, TX 77010-3027

Wayne Kitchens
Hughes Watters Askanase LLP
333 Clay St, 29 Fl
Houston, TX 77002

James D. Salyer
Morris, Lendais, Hollrah & Snowden
1980 Post Oak Boulevard, Suite 700
Houston, Texas 77056

Timothy A. Million
Munsch Hardt Kopf & Harr, PC
Bank of America Center
700 Louisiana, 46th Floor
Houston, TX 77002

Randall A. Rios
Munsch Hardt Kopf & Harr,
PC Bank of America Center
700 Louisiana, 46th Floor
Houston, TX 77002

Geoffrey H. Bracken
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5011

June A. Mann
Mann & Stevens, P.C.
550 Westcott Street, Suite 560
Houston, Texas 77007

Ben R. King
Ike Exezidis
King & Exezidis, Attorneys At Law
1631 Dunlavy
Houston, TX 77006

Pat B. Fossett, Esq.
614 Moray Place
Corpus Christi, TX 78411

R. Christopher Naylor
Kathryn L. Buza
Devlin, Naylor & Turbyfill, P.L.L.C.
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805

David A. McDougald
Grosz & Associates, P.C.
440 Louisiana St. Ste 250
Houston, Texas 77002

Mary A. Daffin
Barrett Burke Wilson
Castle Daffin & Frappier, L.L.P.
1900 St. James Place, Suite 500
Houston, Texas 77056

John P Dillman
Linebarger Goggan Blaire & Sampson
1301 Travis Street, Suite 300
Houston, TX 77002

Internal Revenue Services
Centralized Insolvency Ops
1919 Smith St Stop 5022 HOU
Special Procedure
Houston TX 77002


Dominique M. Varner
Hughes Watters Askanase, L.L.P.
3 Allen Center, 29th Floor 333 Clay
Houston, TX 77002


G. James Landon
Hughes & Luce, LLP
111 Congress, Suite 900
Austin, Texas 78701


HHT - FCP Limited 4, LP
c/o Hanszen Laporte
4309 Yoakum Blvd.
Houston, TX 77006-5856


David Allen McDougald
Grosz & Associates
440 Louisiana Street, Suite 250
Houston, Texas 77002


Michael S. Margolf
Moss Codilis, L.L.P.
P.O. Box 77409
Ewing, NJ 08618

HOULITIGATION:1399603.1

**20 Largest Unsecured Creditors**

**(Douglas A. Brown)**

5803 Richmond, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

6409 Interests, Ltd. dba 802 Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

6353 Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

Karalynn Cromeens
1413 Brittmore Road
Houston TX 77043

Cenlar
Attn: Bankruptcy Department
P.O. Box 77409
Ewing, NJ 08618

HHT (1998) Limited
3010 Palmer Way
The Woodlands, Texas 77380

Timothy Delgado
Arnold & Itkin, LLP
1401 McKinney St., Ste 2550
Houston, TX 77010

Spectrum LLP
PO Box 3011
Spring, TX 77373-3011

Vincent Galeoto
8134 Sun Terrace Lane
Houston, TX 77095

Meinen Family Partnership
3227 Wild River Dr
Richmond TX 77469-8299

Raj Rangwani
3934 FM 1960 Rd W Ste 210
Houston TX 77068-3544

SER Construction Partners, Ltd.
c/o Meyer, Knight & Williams, L.L.P.
8100 Washington Avenue, Suite 1000
Houston, Texas 77007

LeAnn Kenney
3422 Creekstone
Sugar Land TX 77479-2418

**20 Largest Unsecured Creditors**

**(Juliet Homes, LP)**

Melisa Thomas
c/o Nichamoff & King, P.C.
6565 West Loop South, Suite 501
Bellaire, TX 77401

5803 Richmond, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

FCP (1998) Limited
126 Tranquil Park
The Woodlands, TX 77380

Almeda/Reed Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, TX 77002

Najmuddin Karimjee, M.D.
and SAIFI, L.L.C.
14511 Linscomb Drive
Houston, TX 77084

6353 Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056

U.S. Bank N.A.
Bankruptcy Department
P.O. Box 5229
Cincinnati, OH 45201

TMCM Real Properties, LLC
(Tullis Thomas)
Tullis Thomas
3109 Nantucket Ct.
Pearland, TX 77584

Advanced Appliances
2101 N Main St
Pearland, TX 77581-3309

Thu Binh Si Ho
ATTN: Tri Nguyen
9440 Bellaire Blvd, Suite 216
Houston, TX 77036

Chase Auto Finance
PO Box 901032
Ft. Worth, TX 76101-2032

Bruce A Nickel
P.O. Box 396
Barker TX 77413

Michael Schnakenberg
15 Greenlaw Ct
Sugar Land TX 77479

FCP (1998) Limited
126 Tranquil Park
The Woodlands, Texas 77380

HHT (1998) Limited
3010 Palmer Way
Houston, TX 77380

Dave Perkins
c/o Marjorie Payne Britt
Britt & Catrett, PC
4615 S. W. Fwy., Suite 500
Houston, TX 77027

Najmuddin Karimjee, M.D. and SAIFI, LLC
14511 Linscomb Drive
Houston, TX 77084

Spectrum L.L.P
Po Box 3011
Spring, TX 77373

LH Ramming, Trustee
50 Briar Hollow Lane
Suite 210- East Bldg.
Houston, TX 77027

Arcoa Capital Partners
Larry Ramming, Trustee
50 Briar Hollow Lane
Suite 210- East Bldg.
Houston, TX 77027

Arcoa Funding LLC
50 Briarhollow Suite 210 East
Houston, TX 77027-9300

Thu-Binh Si Ho & Hue Phu Ho
1625 Kirby
Houston, TX 77019

Bruce A Nickel
P.O. Box 396
Barker TX 77413

Joon Rhee
5114 Lillian St.
Houston, TX 77007

Muduganti J. Reddy
c/o Warren King
5020 Montrose, Third Floor
Houston, TX 77006

Meinen Family Partnership
3227 Wild River
Richmond, TX 77469

16

Michael Schnakenberg
15 Greenlaw Court
Sugar Land, TX 77479


SER Construction Partners, Inc.
P.O. Box 891145
Houston, TX 77289


Suarez Construction Group, LLC
505 N. Sam Houston Pkwy E. #265
Houston, TX 77060


**20 Largest Unsecured Creditors**

**(Juliet GP, LLC)**


Almeda/Reed Interests, Ltd.
c/o Jennifer L. Haluptzok
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056


6353 Interests, Ltd.
c/o Jennifer L. Haluptzok
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056


HHT (1998) Limited
3010 Palmer Way
The Woodlands, Texas 77380

Najmuddin Karimjee, M.D. and SAIFI, LLC
14511 Linscomb Drive
Houston, TX 77084

Vincent Galeoto
8134 Sun Terrace Lane
Houston, TX 77095


FCP (1998) Limited
126 Tranquil Park
The Woodlands, Texas 77380


5803 Richmond LTD
c/o Andrew McCormick
5909 West Loop S Ste 550
Bellaire, TX 77401-2402


Dr. Cliff Atwood
3027 Poe Dr.
Montgomery, TX 7356-5543


Jeanette Kew
PO Box 525212
Flushing, NY 11352-5212


Flooring Services of Texas LP
c/o Susan E. Cates
1000 Main St. 36th FL
Houston, TX 77002-6336


Raj Rangwani
3934 FM 1960 Rd W Ste 210
Houston, TX 77068-3544

Robert Davis
c/o Raul Suazo
808 Travis St Ste 1800
Houston, TX 77002-5718

Texas Drywall
1505 Aldine Bender
Houston, TX 77032

SER Construction Partners, Ltd.
c/o Nathan A. Steadman
8100 Washington Ave Ste 100
Houston, TX 77007-1062

Turnkey Concrete
2718 Colony Park Drive
Sugarland, TX 77479

Cornerstone Electric Company
1047 E. Hufsmith Rd.
Tomball, TX 77375

J & LA Plumbing Co.
6832 Lindbergh St.
Houston, TX 77087

First Horizon Construction Lending
Construction Loan Admin.
1250 Wood Branch Park Dr., Suite 600-CC
#7546
Houston, TX 77079

Entergy
PO Box 8104
Baton rouge, LA 70891-8104

Sutherland Asbill & Brennan, LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004-2415