IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 07-36424-H1-7 |
| | § | |
| **JULIET HOMES, LP** | § | |
| | § | (Chapter 7) |
| DEBTOR. | § | |

## REPORT OF AUCTION

**COMES NOW**, Joseph M. Hill, Trustee, for the captured bankruptcy estate, and submits report of auction by Webster's Auction Palace, Inc.

**AUCTION** of the estate's office equipment, appliances, and furniture was held February 3, 2008 (Exhibit "A"), with said auction proceeds listed as follows:

| Auction Date | Gross Proceeds | Fees | Expenses | Net Proceeds |
|---|---|---|---|---|
| 02/03/08 | $ 29,782.00 | $4,467.30 | $4,881.61 | $ 21,126.09 |
| | | | Total Net | $ 21,126.09 |

**RESPECTFULLY** submitted this 9th day of June, 2015.

Respectfully submitted,

/s/ Joseph M. Hill
───────────────────────────

Joseph M. Hill, Trustee
5851 San Felipe, Suite 950
Houston, Texas 77057
Telephone:   (713) 789-0500

**CERTIFICATE OF SERVICE**

      This is to certify that on the 9th day of June, 2015, a copy of Report of Auction was delivered via CM/ECF to the following:

        Office of the U.S. Trustee
        515 Rusk Avenue, Suite 3516
        Houston, Texas  77002

        /s/ Joseph M. Hill
        Joseph M. Hill, Trustee