

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/01/2015

| IN RE: | § | Case No. 07-36424-H1-7 |
|---|---|---|
|  | § |  |
| JULIET HOMES LP | § |  |
|  | § | (Chapter 7) |
| DEBTOR | § |  |

## ORDER ON FIRST AND FINAL APPLICATION FOR COMPENSATION BY ATTORNEYS FOR THE TRUSTEE

**CAME ON** for consideration the FIRST AND FINAL Application of CAGE, HILL & NIEHAUS, L.L.P., for an allowance of compensation for the period November 9, 2007 through November 19, 2013, as attorneys for the Trustee of the above-referenced Estate. The Court having considered said application and being of the opinion that same is proper and should be granted; it is, therefore,

**ORDERED** that CAGE, HILL & NIEHAUS, L.L.P., attorneys for the Trustee, be allowed as compensation for professional services rendered during the period November 9, 2007 through November 19, 2013, the sum of $162,982.75 and for actual expenses in the amount of $9,429.51, (for a total amount of $172,412.26), in addition to final approval of all fees and expenses allowed pursuant to the provisions of 11 U.S.C. § 330(a)(1).

SIGNED this ___1___ day of _September_, 2015.

_____
HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Texas

In re:                                                                Case No. 07-36424-mi
Juliet Homes, LP                                                      Chapter 7
     Debtor       **CERTIFICATE OF NOTICE**

District/off: 0541-4         User: mrios              Page 1 of 2           Date Rcvd: Sep 01, 2015
                             Form ID: pdf002          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2015.
```
db        +Juliet Homes, LP,   5225 Katy Frwy,   Suite 605,   Houston, TX 77007-2264
aty       +Cage Hill & Niehaus LLP,   5851 San Felipe Street, Suite 950,   Houston, TX 77057-8021,
            UNITED STATES
aty       +Jon Kenton Parsons,   Roedel, Parsons, Koch, Blache, Balhoff &,   8440 Jefferson Hwy.,
            Ste. 301,   Baton Rouge, LA 70809-7654
ptcrd     +5803 Richmond, Ltd.,   5959 Richmond, Suite 440,   Houston, TX 77057-6325
ptcrd     +6353 Interests, Ltd.,   5959 Richmond, Suite 440,   Houston, TX 77057-6325
ptcrd     +Almeda/Reed Interests, Ltd.,   5959 Richmond, Suite 440,   Houston, TX 77057-6325
cr        +Christopher Kruger,   7827A,   Harms,   Houston, TX 77041-2126
cr        +First Horizon Home Loan Corporation,   1250 Wood Branch Park Drive, Suite 600,
            Houston, TX 77079-1233
cr        +Flooring Services of Texas, L.P.,   c/o Denise L. Nestel,   Porter & Hedges, L.L.P.,
            1000 Main Street, 36th Floor,   Houston, TX 77002-6341
cr        +HHT (1998) Limited,   c/o Guy K. Cooksey,   Matthews, Lawson, & Bowick, PLLC,
            2000 Bering, Suite 700,   Houston, TX 77057-3776
cr        +HHT - FCP Limited 2, LP,   c/o Hanszen Laporte,   4309 Yoakum Blvd.,   Houston, TX 77006-5856
cr        +HHT - FCP Limited 4, LP,   c/o Hanszen Laporte,   4309 Yoakum Blvd.,   Houston, TX 77006-5856
cr        +Hans Truong, MD,   c/o Guy K. Cooksey,   Matthews, Lawson, & Bowick, PLLC,
            2000 Bering, Suite 700,   Houston, TX 77057-3776
cr        +Humble Independent School District,   c/o Fairle Rickard,   Tax Assessor-Collector,
            PO Box 2000,   Humble, TX 77347-2000
acc        James P Smith & Associates, PC,   1651 Hedgecroft,   Suite 208,   Houston, TX  77060
cr         Julian Fertitta,   Houston, TX
cr        +Metcom International, Inc,   12591 Research, Ste 101,   Austin, TX 78759-2210
cr        +RLB Construction Ltd d/b/a Rooftec,   c/o J. Daniel Woodall,   Gauntt, Earl & Binney, LLP,
            1400 Woodloch Forest Drive,   Suite 575,   The Woodlands, TX 77380-1179
ptcrd     +Raj M. Rangwani,   3934 FM 1960 West, Suite 210,   Houston, TX 77068-3544
intp      +TexProJ2008,   c/o Dan Brown,   3049 S. Sherwood Blvd., Suite 300,   Baton Rouge, LA 70816-2277,
            US
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         E-mail/Text: houston_bankruptcy@LGBS.com Sep 01 2015 21:47:37    Harris County,
            c/o John P. Dillman,   Post Office Box 3064,   Houston, TX  77253-3064
cr         E-mail/Text: houston_bankruptcy@LGBS.com Sep 01 2015 21:47:37    Montgomery County,
            c/o John P. Dillman,   Post Office Box 3064,   Houston, TX  77253-3064
                                                                                             TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Alan Meinen
intp           Damazo F Vidal
cr             Jane Meinen
sp             Joseph F. Archer, P.C.
cr             Kent Moore Cabinets, Ltd.
sp             MehaffyWeber, P.C.
cr             Meinen Family Partnership
cr             Patriot Bank
intp           Reddy J Muduganti
cr             Southwestern National Bank
intp           The Vidal Group, LLP
intp           Tremont Homes, Inc.
cr           ##+Deuce Creative, LLC,   1518 Washington, Ste. G,   Houston, TX 77007-7755,
                UNITED STATES OF AMERICA
cr           ##SER CONSTRUCTION PARTNERS, LTD,   P.O. Box 891145,   Houston, TX 77289-1145
                                                                        TOTALS: 12, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2015                          Signature:  /s/Joseph Speetjens

```
District/off: 0541-4          User: mrios                 Page 2 of 2                Date Rcvd: Sep 01, 2015
                              Form ID: pdf002             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2015 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0
```